IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION



| | | |
|---|---|---|
| 1. HOLLY ANN SACKS, Individually and as Representative of the Estate of RICHARD TODD SACKS, 2. MELVIN PHILLIP SACKS, and 3. MARILYN PROCTOR,<br>    *Plaintiffs*<br><br>v.<br><br>1. FOUR SEASONS HOTELS LIMITED and 2. FOUR SEASONS PUNTA MITA, S.A. de C.V.,<br>    *Defendants* | § § § § § § § § § § § § § | CIVIL ACTION NO. 5-04-073<br>JURY |

## DOCKET CONTROL ORDER

| | |
|---|---|
| November 12, 2004 | Deadline to Join Other Parties |
| February 21, 2005 | Plaintiffs to Designate Expert Witnesses and Produce Expert Reports |
| March 7, 2005 | Defendants to Designate Expert Witnesses and Produce Expert Reports |
| March 8, 2005 | Amended Pleadings |
| March 21, 2005 | Plaintiffs to Designate Rebuttal Expert Witnesses and Produce Expert Reports |
| March 23, 2005 | Discovery Deadline |
| March 23, 2005 | Defendants to Answer Amended Pleadings |
| April 7, 2005 | Expert Discovery Deadline |
| April 7, 2005 | Plaintiffs to Identify Trial Witnesses |
| April 22, 2005 | Defendants to Identify Trial Witnesses |
| April 22, 2005 | Dispositive, Non-dispositive, and *Daubert* Motions |

| | |
|---|---|
| May 9, 2005 | Response to Dispositive, Non-dispositive, and *Daubert* Motions |
| May 25, 2005 | Joint Pretrial Order, Motions in *Limine* (JURY) |
| June 6, 2005 | Final Pretrial Conference at 10:00 a.m. (FOLSOM) |
| June 7, 2005 | Jury Selection at 10:00 a.m. (FOLSOM) |

Signed this the 11th day of August, 2004.

CAROLINE M. CRAVEN
U. S. MAGISTRATE JUDGE