IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION



| | | |
|---|---|---|
| HOLLY ANN SACKS, Individually and as Representative of the Estate of RICHARD TODD SACKS, MELVIN PHILLIP SACKS, and MARILYN PROCTOR,<br>　　　　　　　　Plaintiffs<br><br>V.<br><br>FOUR SEASONS HOTEL LIMITED and FOUR SEASONS PUNTA MITA, S.A. de C.V.,<br>　　　　　　　　Defendants | § § § § § § § § § § § § § § | No. 5:04CV73 |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Defendants Four Seasons Hotels Limited and Four Seasons Punta Mita, S.A. de C.V.'s Rule 12(b)(6) Motion to Dismiss (Dkt. No. 6) be **DENIED**.

SIGNED this _15th_ day of November, 2004.

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE