IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| HOLLY ANN SACKS, Individually and as Representative of the Estate of RICHARD TODD SACKS, MELVIN PHILLIP SACKS, and MARILYN PROCTOR | § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 5:04CV73 |
| FOUR SEASONS HOTEL LIMITED AND FOUR SEASONS PUNTA MITA, S.A. de C.V., | § § § § | |
| Defendants. | § § | |

## PLAINTIFFS' FIRST AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Amended Scheduling and Docket Control Order in this case.

On or before the following dates:

December 1, 2005 - Plaintiffs shall designate expert witnesses and produce expert reports.

January 13, 2006 - Defendants shall designate expert witnesses and produce expert reports.

January 16, 2006 - Any amended pleadings shall be filed without leave of court.

February 15, 2006 - Plaintiffs shall designate rebuttal expert witnesses and produce expert reports.

February 20, 2006 - Any answers to amended pleadings shall be filed without leave of court.

March 15, 2006 - Mediation before this date.

April 3, 2006 - All discovery shall be completed except replacement experts.

May 18, 2006 - Dispositive, non-dispositive, and *Daubert* Motions shall be filed.

PLAINTIFFS' FIRST AMENDED SCHEDULING AND DOCKET CONTROL ORDER -
Page 1

fj06080519.wpd

EXHIBIT
A

June 19, 2006 - Responses to dispositive, non-dispositive, and *Daubert* Motions shall be filed. Each party may replace *Daubert* stricken experts one time, and that shall be done within 30 days of such expert being stricken.

September 15, 2006 - Joint Pre-Trial Order, Motions in Limine shall be filed.

October 9, 2006 - Final pre-trial conference (Requested).

Week of November 7, 2006 - Jury selection (FOLSOM).

Signed this ___26___ day of ___July___, 2005.

*/s/ Caroline M. Craven/*
Caroline M. Craven, U.S. Magistrate Judge

AGREED TO BY:

*/s/ Windle Turley/*
Windle Turley (attorney in charge)
State Bar No. 20304000

Linda Turley (of counsel)
State Bar No. 20303800
Law Offices of Windle Turley, P.C.
214/691-4025 (telephone)
214/361-5802 (telecopier)
e-mail: win@wturley.com
         lindat@wturley.com

ATTORNEYS FOR HOLLY ANN SACKS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RICHARD TODD SACKS

*/s/ Winford L. Dunn/*
Winford Dunn (attorney in charge)
State Bar No. 06255000
Dunn, Nutter & Morgan, L.L.P.
Suite Six, Stateline Plaza, Box 8030
Texarkana, AR 71854
903/793-5651 (telephone)
870/772-2037 (telecopier)
email: wldunn@dunnlawfirm.com

ATTORNEY FOR MELVIN PHILLIP SACKS AND
MARILYN PROCTOR

PLAINTIFFS' FIRST AMENDED SCHEDULING AND DOCKET CONTROL ORDER -
Page 2

506080519.wpd

*[signature]*

Marcos G. Ronquillo (attorney in charge)
State Bar No. 17226000

Kirk D. Willis (of counsel)
State Bar No. 21648500

José L. Gonzalez (of counsel)
State Bar No. 08129100

Godwin Gruber, L.L.P.
1201 Elm Street, Suite 1700
Dallas, TX 75270-2084
214/939-4400 (telephone)
214/760-7332 (telecopier)
e-mail: mronquillo@godwingruber.com
        kwillis@godwingruber.com
        jgonzalez@godwingruber.com


William J. Cremer (of counsel)
State Bar No. 6180833

Cremer, Kopon, Shaughnessy and Spina
108 North LaSalle, Suite 3300
Chicago, IL 60601
312/980-3014 (telephone)
312/726-3818 (telecopier)
e-mail: wcremer@cksslaw.com


**PLAINTIFFS' FIRST AMENDED SCHEDULING AND DOCKET CONTROL ORDER -
Page 3**
506080519.wpd