IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

| | | |
|---|---|---|
| SACKS | § | |
| | § | |
| VS. | § | 5:04CV73 |
| | § | (FOLSOM) |
| FOUR SEASONS HOTEL, ET AL | § | |

## 2ND AMENDED SCHEDULING ORDER

It is hereby, ORDERED that the following changes in the schedule of deadlines are in effect until further order of this Court and all other deadlines in First Amended Scheduling Order remain the same:

    a.    Final Pretrial Conference        SEPTEMBER 28, 2006 AT 10:00

    b.    Jury Selection        NOVEMBER 7, 2006 AT 10:00

It is finally, ORDERED that this Scheduling Order shall not be modified except by leave of Court upon showing of good cause, and shall be binding on all parties.

**SIGNED this 16th day of August, 2005.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE