# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 22, 2006

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 2 2 2007

DAVID J. MALAND, CLERK
BY
DEPUTY_____

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 06-00051 Sacks v. Four Seasons Hotels
    USDC No. 5:04-CV-73

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Connie Brown, Deputy Clerk
    504-310-7671

Mr Eric Gordon Walraven
Mr Thomas Boyd Cowart
Mr John David Hart
Mr David Maland, Clerk

MOT-2

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
DEC 22 2006
CHARLES R. FULBRUGE III
CLERK

No. 06-00051

HOLLY ANN SACKS, Individually and as Representative of the Estate of Richard Todd Sacks; MELVIN PHILLIP SACKS; MARILYN PROCTOR

  Plaintiffs - Respondents

v.

FOUR SEASONS HOTELS LTD; FOUR SEASONS PUNTA MITA, S.A. De C.V.

  Defendants - Petitioners

---

Petition for Leave to Appeal
from an Interlocutory Order

---

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Eastern District of Texas, Texarkana, entered on October 19, 2006, is denied.

MOT-20

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By Conale Brown
  Deputy
New Orleans, Louisiana
DEC 22 2006