Sergio Farias

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL  SWORN  STATEMENT  OF

SERGIO  FARIAS

AUGUST  31,  2007

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL  SWORN  STATEMENT  OF  SERGIO  FARIAS,  produced  as
a  witness  at  the  instance  of  Holly  Ann  Sacks,  and  duly
sworn,  was  taken  in  the  above-styled  and  numbered  cause
on  August  31,  2007,  from  10:37  a.m.  to  11:21  a.m.,
before  Janalyn  Reeves,  CSR  in  and  for  the  State  of
Texas,  reported  by  machine  shorthand,  at  the  HILTON
HOTEL,  Los  Cabos,  Mexico,  pursuant  to  the  Texas  Rules
of  Federal  Procedure  and  the  provisions  stated  on  the
record  or  attached  hereto.



Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Sergio Farias

1            A P P E A R A N C E S

2

3   FOR HOLLY ANN SACKS, INDIVIDUALLY AND AS REPRESENTATIVE

    OF THE ESTATE OF RICHARD TODD SACK, MELVIN PHILLIP

4   SACKS, AND MARILYN PROCTOR:

        Mr. Windle Turley

5       TURLEY LAW FIRM

        6440 North Central Expressway

6       1000 Turley Law center

        Dallas, Texas  75206

7       (214) 691-4025

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

1                             INDEX

2       Appearances.................................      2

3

4    SERGIO FARIAS

5

        Examination by Mr. Turley.....................      4

6

        Witness' Signature Page.......................     39

7       Reporter's Certificate........................     41

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d8c0236-b01d-4987-afd6-286a2f8d4f5b

```
1                   SERGIO FARIAS,

2      having being first duly sworn, testified as follows:

3                     EXAMINATION

4      BY MR. TURLEY:

5           Q.   I'll try to speak slowly.  And if you don't

6      understand what I say, please be sure to tell me to ask

7      it again.  Okay?

8           A.   Okay.

9           Q.   You're here voluntary?  You have voluntarily

10     come to talk to me?

11          A.   Yes.

12          Q.   Thank you.  And we're here at the Hilton Hotel

13     in Los Cabos, or San Jose, correct?

14               You have to say out so she can write this

15     down.

16          A.   Yes, sir.

17          Q.   Okay.  Thank you.

18               And, for the record, say your full name

19     again, please.

20          A.   Sergio Enrique Farias Cedra.

21          Q.   And, Mr. Farias, what is your age, please,

22     sir?

23          A.   41.

24          Q.   Did you formerly work at the Four Seasons

25     Punta Mita Resort?
```

Electronically signed by Janalyn Reeves (201-421-177-1012)                7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1      A.   Yeah.

2      Q.   And you started there to work in about 1999?

3      A.   Yes.

4      Q.   And left there in what year?

5      A.   2004.

6      Q.   2004.  And what was your position there when

7  you left?

8      A.   Assistant -- assistant manager of security.

9      Q.   And the manager of security was Andreas Lopez?

10      A.   Yes.

11      Q.   I want to ask you just a few questions, if you

12  would, please, so you can tell me some of the facts

13  about what happened regarding the incident of

14  Mr. Richard Sacks' death.

15      A.   Uh-huh.

16      Q.   Do you remember that occurrence fairly well?

17      A.   I don't remember many things, but I

18  remember --

19      Q.   Part of it?

20      A.   -- part.

21      Q.   Okay.  I just want to find out what you know

22  and what you remember.  Of course, I don't want you to

23  guess about anything.  But tell -- that was in June,

24  June 8th of 2003, Sunday.  Would you tell me what --

25  how you learned that there was an incident in progress?

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)

7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    A.   Well, I remember that somebody called me to

2    the spa and he tell me where -- I go up to the spa to

3    Mr. Sacks to -- he's no feel very good, you know.  I

4    remember that I go in the little cart to the spa and I

5    talk to Mr. Sacks.  And I asked him when he's -- let me

6    see.  I asked him, "Mr. Sacks you are very good?"  And

7    he tells me more or less.  And I go to the 1404.

8    Q.   Yes.

9    A.   That's the room.

10   Q.   But you -- before you go there, he needed --

11   he was --

12            (Brief interruption.)

13   Q.   (BY MR. TURLEY)  Mr. Sacks was not feeling

14   well and you had gone to pick him up?

15   A.   He tells me he is not feeling well.

16   Q.   Okay.  So my understanding was -- I think you

17   just said you took him then to 1404, his room?

18   A.   Well, I'm driving the cart.  He's going up to

19   the cart.  I'm going to the cart with Mr. Sacks and

20   he's -- he's --

21   Q.   Then he walks to his room?

22   A.   Yeah, he walks to the room.  He's inside the

23   room.

24   Q.   Okay.

25   A.   But I am standing the whole time in the cart.

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1      Q.   Okay.  And then from reading your statement it

2    sounds like -- or your incident report, that sometime

3    after that you saw Mrs. Sacks come to the room?

4      A.   Yes.

5      Q.   And did you visit with her when she came to

6    the room, or did she just go in?

7      A.   I don't remember whether Mr. Sacks is in the

8    room.  I'm walking around to the building on the

9    1404 rooms.  I'm just then walking around because I'm

10   just then checking everything, that everything is fine.

11     Q.   Yes.

12     A.   And I remember with Mrs. Sacks is coming,

13   walking there to the room.  And I say, "Hi, hello," and

14   that's it.

15     Q.   Okay.  And then what was your next contact in

16   this matter?  How did you next hear about -- what did

17   you next hear?

18     A.   To the -- to the Sacks family?

19     Q.   Yes, sir.

20     A.   I don't remember how many times somebody

21   called me to my radio and tell me would I go to the

22   spa, to the doctor, that the doctor needs to go to

23   1404.

24     Q.   Okay.  Do you remember --

25     A.   But I don't remember how many times.

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    Q.   Okay.  Maybe they called you more than once to

2    go pick up the doctor?

3    A.   Yeah.  I go to pick up the doctor in the spa.

4    Q.   At -- no.  At the doctor's office?

5    A.   Yeah, at the doctor's office.

6    Q.   And you were taking the golf cart?

7    A.   Yeah.

8    Q.   All right.  And then you got -- who was

9    calling you?

10   A.   I don't know, sir.

11   Q.   Okay.  You got the golf cart and you got --

12   strike that.

13              Where did you pick up the doctor?

14   A.   Who?

15   Q.   Where?

16   A.   Where?

17   Q.   Uh-huh.  Where was he when you got him?

18   A.   I'm sorry.  I don't understand.

19   Q.   No problem.  Was the doctor at his office --

20   A.   Yeah.

21   Q.   -- or outside his office when you got him?

22   A.   Outside.

23   Q.   Outside?

24   A.   Outside.

25   Q.   And what did he have with him, anything?

Electronically signed by Janalyn Reeves (201-421-177-1012)            7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    A.   No.  Just -- I don't remember.  Maybe -- he's

2    telling me something.  "I go up to the 1404" or -- I

3    don't remember.

4    Q.   Okay.  Did he have a doctor's satchel or a bag

5    with him?

6    A.   Yeah, he's carrying everything.

7    Q.   Okay.  When you say he had everything, he --

8    what size bag?  Like a briefcase or --

9    A.   It has the doctor instruments.  I don't know

10   what he had inside.

11   Q.   All right.  But inside there was not the

12   defibrillator?  That was later?  And the oxygen tank?

13   A.   I don't remember.

14   Q.   Okay.  And you took the doctor, then, to

15   Mr. Sacks' room?

16   A.   Uh-huh.

17   Q.   And the report says the door was open when you

18   got there?

19   A.   Yeah.

20   Q.   You went in.  And how did Mr. Sacks appear to

21   you?

22   A.   He's just starting the bath and Ms. Sacks is

23   sitting on the bed.

24   Q.   Sitting on the bed?

25   A.   Yeah.  She's looking for Mr. Sacks, but she

Esquire Deposition Services          3101 Bee Cave Road, Suite 220          Austin, Texas 78746
Phone (512) 634-1980                    (800) 969-3027                    Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    don't say nothing, just cry.

2        Q.   All right.  Okay.  And what did the doctor

3    then do?

4        A.   He's then checking to Mr. Sacks and he's --

5    the doctor is then checking with Mr. Sacks and he's

6    putting him on the floor and he's putting on the

7    first --

8        Q.   You're indicating with your hands like the

9    CPR?

10       A.   Uh-huh.

11       Q.   All right.  Did the doctor start the CPR?

12       A.   The doctor is giving instructions and he's

13   putting on everything.

14       Q.   Okay.  But the doctor did the CPR first, or

15   did you or someone else?

16       A.   Yes, the doctor.

17       Q.   Okay.  Did the doctor then call for someone to

18   bring the defibrillator and oxygen?

19       A.   I don't remember.

20       Q.   Okay.  I think in the report it indicated the

21   doctor then called?

22       A.   Maybe.

23       Q.   Okay.  You don't remember?

24       A.   I don't remember.  I'm not sure.

25       Q.   All right.  Do you remember if the doctor

Electronically signed by Janalyn Reeves (201-421-177-1012)                7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    inserted any type of breathing device?

2        A.   I remember his giving him respiration, the

3    mouth to mouth, and he's putting on the -- I don't know

4    what you say in English, the tube.

5        Q.   Was it a metal thing that went down his

6    throat?

7        A.   Yeah.   The doctor put it on something.

8        Q.   About this long (indicating)?

9        A.   Uh-huh.

10       Q.   Uh-huh.

11       A.   And he's putting on the --

12       Q.   "This long" being about -- I'm showing you

13   about eight inches.

14       A.   He's putting on ambu.

15       Q.   Put on a what, please?

16       A.   Ambu.   That's a --

17       Q.   Ambi bag?

18       A.   Uh-huh.

19       Q.   And squeezing it?

20       A.   Uh-huh.

21       Q.   Okay.   And who was holding the mouth -- who

22   was holding the bag over Mr. French's mouth and

23   squeezing the ambi bag?  Were you doing that or someone

24   else?

25       A.   He is first.

Esquire Deposition Services          3101 Bee Cave Road, Suite 220          Austin, Texas 78746
Phone (512) 634-1980                      (800) 969-3027                      Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1     Q.   Doctor?

2     A.   Yeah, the doctor.  And me and -- I don't

3 remember.

4     Q.   Okay.  Then did someone else come to help?

5     A.   Yes.  He comes to -- I don't remember, to

6 Gerardo.

7     Q.   That's Gerardo Haro?

8     A.   Uh-huh.

9     Q.   Okay.

10    A.   He comes.

11    Q.   He's the chief concierge.

12    A.   Yeah.

13    Q.   Okay.

14    A.   Sorry.

15    Q.   That's all right.  You're fine.  I'm sorry

16 it's warm in here.  I'm sorry.

17          What did Haro do when he got there?

18    A.   Who, Haro?

19    Q.   Yes.

20    A.   He's helping with the instruction of the

21 doctor, you know.  He's putting on the bag.

22    Q.   And you're indicating CPR?

23    A.   CPR and everything.

24    Q.   Did he -- was these one, Haro --

25    A.   Everybody followed the instruction of the

Electronically signed by Janalyn Reeves (201-421-177-1012)       7d6c0236-b01d-4987-afd6-286a2f8d4f5b

1    doctor.

2        Q.   Right.  I understand.

3        A.   Me, Gerardo.

4        Q.   Sure.  I understand.  But who was doing the

5    CPR most of the time?  Who?

6        A.   Most time?

7        Q.   Yes.

8        A.   I don't remember.

9        Q.   Okay.  All right.  That's fine.

10            Then did someone -- who asked for an

11   ambulance?

12       A.   Who asked?

13       Q.   Who asked for the ambulance?

14       A.   I don't remember.

15       Q.   Do you remember if the doctor said, "We need

16   an ambulance"?

17       A.   Maybe the doctor or maybe Gerardo or

18   Mr. Rhomberg.  I don't know because the --

19       Q.   Now, Rhomberg wasn't there.  He was gone.  He

20   was away.

21       A.   Well, no.  That was Nancy.  Nancy was there.

22       Q.   Nancy.  Nancy was there, Chacon?

23       A.   Phillip Real.

24       Q.   Si.

25       A.   That's the other one.

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

```
 1        Q.    But someone -- someone said --
 2        A.    Someone -- someone asked him, but I don't
 3   remember exactly who.
 4        Q.    Mr. Farias, do you remember about how long --
 5   go ahead.  That's fine.
 6        A.    Sorry.
 7        Q.    That's all right.  Take your call.
 8        A.    No, no, no.
 9        Q.    Do you remember about how long you people
10   worked on Mr. Sacks before someone said, "We need to
11   call an ambulance"?
12        A.    No, I don't remember.
13        Q.    Don't remember?  Okay.  And do you remember
14   how the ambulance was called?  I mean, who -- did
15   someone call the PBX or call the hotel operator, or how
16   that happen?  You were busy?
17        A.    I don't remember because I'm busy.
18        Q.    You're busy on something else.  I understand.
19        A.    I'm busy.  No.
20        Q.    Okay.  All right.  Do you remember there were
21   other questions about, "Where is the ambulance?"  It
22   didn't come -- it didn't come for a long time and
23   people were discussing, "Where is it?  Why is it not
24   here," or something like that?  Do you remember those
25   discussions?
```

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)

7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1      A.   No.

2      Q.   The doctor -- you don't remember the doctor

3    saying, "We need the ambulance.  Where is it?"

4      A.   No, I don't remember.

5      Q.   Okay.

6      A.   I am very busy with Mr. Sacks.

7      Q.   I understand.

8      A.   I don't know.

9      Q.   That's all right.  And then finally you-all

10   transported -- or carried Mr. Sacks on a stretcher

11   board -- do you understand stretcher board -- to a van,

12   if I understand?

13     A.   Uh-huh.

14     Q.   Where was the van parked when you loaded him

15   in the van?

16     A.   It's outside to the spa.

17     Q.   Outside the spa?

18     A.   Outside to the spa, because the car is very

19   big to go down to the rooms.

20     Q.   So you think the van was parked outside the

21   spa, and that's where you carried Mr. Sacks to?

22     A.   Uh-huh.

23     Q.   Do you remember -- tell me the route.  I saw a

24   map the other day.  But without having to get it out

25   and go through it all again, can you tell me how you

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    carried him from the Suite 1404 up to the area of the

2    spa?  That would have been at the front of the hotel,

3    wouldn't it, near the front?

4        A.   I'm sorry.  I don't understand.

5        Q.   How did you get to -- what route did you

6    travel?

7        A.   What route?

8        Q.   To the van?

9        A.   To the van.  This is --

10       Q.   Let me show you a map.  I have a map.

11       A.   Oh, you have a map.

12       Q.   Look at this map.

13       A.   Uh-huh.

14       Q.   No. 269 is the number.  1404 down here?

15       A.   For here?

16       Q.   Now, where was the van?

17       A.   That's the spa.  The van is right over here

18   (indicating).  That's this way.  That's 1404.

19       Q.   Okay.  Okay.

20       A.   They had taken the car over to the side.

21       Q.   Following the line that's already been drawn?

22       A.   Uh-huh.  We crossed to this part.  We don't --

23   we don't -- walking with this.

24       Q.   Okay.

25       A.   We cross this part and here was another door,

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

August 31, 2007

1   and the truck is right here (indicating).

2       Q.   You crossed through the spa and the truck was

3   up there outside the spa?

4       A.   Uh-huh.

5       Q.   Is that in the area of the loading dock?

6       A.   No.  Everything is near the spa.

7       Q.   Okay.  Why couldn't the van drive down to the

8   building, 1404?  Why could not the van drive there?

9       A.   Could the van?  To the --

10      Q.   To the suite?

11      A.   To the suites?

12      Q.   Yes.

13      A.   Because the -- it was very slow, you know.

14  That's -- the van is a big car.

15      Q.   If an ambulance needed to get there would it

16  be possible?

17      A.   No.  No.

18      Q.   How --

19      A.   Any way.  That's the van or ambulance, they

20  need to go with the same place.

21      Q.   What if you have to do major maintenance or

22  major work on the -- on that building?  How would a

23  truck with equipment get there?

24      A.   I'm sorry.  I don't understand.

25      Q.   Is there any way if you -- if there had to be

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    major work done on that building where Suite 1401 --

2    1404 was located, could a -- how would a -- how would a

3    truck, a big truck with equipment, get there?  Could it

4    get to it?

5         A.    I'm sorry.  I'm not understanding.

6         Q.    Okay.  That's all right.  I'll skip on that.

7    Let me go on to something else.

8               I may have already asked this.  Forgive

9    me if I did.  Did you say -- do you remember when the

10   defibrillator and the oxygen arrived?

11        A.    No.

12        Q.    You don't know.  Okay?

13        A.    No.

14        Q.    Did you ever see --

15        A.    Because I remember with that -- everybody

16   putting on the -- inside to the truck, to the van of

17   Mr. Sacks and him putting on -- inside to the van is

18   Ms. Sacks, Phillip Real, Gerardo, Haro, the

19   Dr. Barajas, and me.

20        Q.    And you?

21        A.    Yeah.

22        Q.    Okay.  And where was Mr. Sacks in the van?

23   Where did they put him?

24        A.    This is the van.  That's the driver.  Right

25   here (indicating).

Esquire Deposition Services                    3101 Bee Cave Road, Suite 220               Austin, Texas 78746
Phone (512) 634-1980                               (800) 969-3027                        Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)                        7d6c0236-b01d-4987-afd5-286a2f8d4f5b

Sergio Farias

```
 1        Q.   Okay.  You've indicated in the back.  Is that
 2   the back seat or the back cargo area?
 3        A.   No, no.  It's the floor of the van.
 4        Q.   The floor?
 5        A.   Of the van.
 6        Q.   In front of the seat or on the seat?
 7        A.   They set him right here (indicating).
 8        Q.   Is that -- okay.  Now, you've -- you've drawn
 9   that he was placed in the middle, in the middle seat?
10        A.   No.  In the middle seat is Ms. Sacks and
11   Phillip Real.
12        Q.   Right.
13        A.   And outside with Mr. Sacks is Gerardo Haro,
14   the Dr. Barajas, and me.
15        Q.   In the back?
16        A.   In the back, yeah.
17        Q.   Okay.  On the floor?
18        A.   On the floor, yeah.
19        Q.   All right.  I understand.  Did -- was the
20   defibrillator still hooked to him --
21        A.   Uh-huh.
22        Q.   -- when you went to the van?
23             Was he -- I'm sorry.  You shook your
24   head.  Is that yes?
25        A.   I'm sorry.
```

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias                                                    August 31, 2007

```
 1        Q.    Okay.  I'll ask it again.  Was the

 2   defibrillator --

 3        A.    Uh-huh.

 4        Q.    -- still plugged -- was he plugged with the

 5   defibrillator --

 6        A.    Uh-huh.

 7        Q.    -- in the van, when you got to the van?

 8        A.    I don't remember.

 9        Q.    You don't remember?

10        A.    I don't remember.

11        Q.    Was he receiving oxygen from an oxygen tank

12   when you got to the van?

13        A.    I don't remember.

14        Q.    Okay.  All right.  Mr. Farias, do you remember

15   if -- if you ever saw the defibrillator activated?  Do

16   you know what I mean?

17        A.    No.  I remember with the -- the doctor putting

18   on the defibrillator in the suite of Mr. Sacks.

19   There's a defibrillator.  It's semi-automatic.  He --

20   the same defibrillator, we -- electro and everything --

21        Q.    Right.

22        A.    And the defibrillator, remember, are not

23   activated.

24        Q.    Okay.  And --

25        A.    And I don't remember what it did.
```

Esquire Deposition Services          3101 Bee Cave Road, Suite 220          Austin, Texas 78746
Phone (512) 634-1980                      (800) 969-3027                      Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1  Q.   Okay.  And you never saw the doctor -- or did

2  you?  Did you ever see the doctor or anyone manually

3  override and activate the defibrillator?

4  A.   No, I don't remember.

5  Q.   Okay.

6  A.   I remember putting on the defibrillator to

7  Mr. Sacks, but I don't remember that somebody activated

8  it.

9  Q.   Okay.  So you never did see the defibrillator

10 work?

11 A.   No, I don't see.

12 Q.   Okay.  How long had you -- had the hotel had

13 that defibrillator?  How long?  When did the hotel get

14 the defibrillator first?

15 A.   How long?  That's -- they buy the

16 defibrillator in 2000, 2001, around.

17 Q.   Okay.  So they had it a couple of years?

18 A.   Yeah.

19 Q.   Had the battery been changed?

20 A.   Yeah, because every six months somebody come

21 from Mexico City who's checking it for sure.

22 Q.   Okay.  After this event with Mr. Sacks, did

23 someone check the defibrillator to see if the battery

24 was operating?

25 A.   Yeah.

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-49B7-afd6-286a2f8d4f5b

Sergio Farias

1      Q.    Who did that?

2      A.    I don't remember that exactly, but it's a

3    technical -- I don't remember the name of the company.

4      Q.    Okay.

5      A.    But it's the same company that we bought it.

6      Q.    When did they come to check the defibrillator?

7      A.    I don't remember.

8      Q.    I mean, was it just a few days, a few weeks, a

9    few months?

10     A.    No, no, no.  A few months.  I don't remember

11   exactly.

12     Q.    Okay.  Had you ever -- had the hotel ever used

13   the defibrillator before?

14     A.    No.

15     Q.    Never had?

16     A.    No.

17     Q.    So you did not go on with the van -- did you

18   go with the van on into -- behind the ambulance, or did

19   you come back to the hotel?

20     A.    No.  They -- we put Mr. Sacks in the van and

21   the driver go drive around to -- five minutes, and the

22   ambulance he came -- hooked up.  We changed Mr. Sacks

23   to the ambulance and the paramedics and the doctor,

24   he's going with Mr. Sacks to the hospital.

25     Q.    Okay.  And you stayed back in the van?

Esquire Deposition Services          3101 Bee Cave Road, Suite 220          Austin, Texas 78746
Phone (512) 634-1980                      (800) 969-3027                      Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)                7d6c0235-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    A.    I am back to the hotel with Mister -- no, I

2    back alone with the driver.

3    Q.    They went on to the Medical Air?

4    A.    No, I went back to the hotel with

5    Mr. Gerardo Haro.

6    Q.    How did he get back to the hotel?

7    A.    Pardon me?

8    Q.    The van went ahead and took Ms. Sacks to the

9    clinic with the ambulance?

10    A.    Exactly.

11    Q.    Did you go with them?

12    A.    No.  I remember -- I called for somebody

13    come --

14    Q.    To come pick you up?

15    A.    -- pick up Gerardo and me.

16    Q.    Okay.

17    A.    And Ms. Sacks and Phillip Real, he goes in the

18    van to the hospital.

19    Q.    Okay.  So you did not go to the clinic?

20    A.    No.

21    Q.    Okay.  And Gerardo did not go?

22    A.    No.

23    Q.    Okay.  After you went back to the hotel, then

24    did you go to 1404?

25    A.    Not me.

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1   Q.   Someone from security went to 1404?

2   A.   Well, I put -- announced some security guard

3   outside of the room.

4   Q.   Just one minute, please.

5        You were telling me -- I mean, I was

6   looking at the lock report, and it looked like somebody

7   from security went back to the room about 5:30 or 5:45,

8   something like that.  Do you know -- I thought it was

9   you, but maybe not.  No?

10  A.   Maybe -- maybe I'm sending with somebody

11  because I need to check the report of the log because I

12  need to make my -- this report, you know.

13  Q.   Okay.

14  A.   But I don't remember who.

15  Q.   Okay.  You -- let me ask you.  You told me

16  previously when we spoke on the phone that you had

17  requested or suggested that a standby ambulance was

18  needed at the resort.  You told me that about two weeks

19  ago -- do you remember -- on the telephone?

20  A.   Uh-huh.

21  Q.   Why -- why did you make that suggestion?  Why

22  was a standby ambulance, you thought, needed at the

23  resort?

24  A.   Whole time?

25  Q.   Yes.

Electronically signed by Janelyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    A.    I don't know.  I don't know.  That's -- that's

2    a hotel have a contract with some clinic in Vallarta,

3    but I don't know what is the -- I don't know how to say

4    it in English.

5    Q.    But you had suggested that -- you told me that

6    you had sent an e-mail to someone telling them that you

7    thought the resort needed an ambulance stationed there

8    all the time.

9    A.    Some -- yes.  Maybe I am sending the -- I

10   don't remember when, but I send --

11   Q.    Okay.

12   A.    -- the -- this -- they may, you know, given

13   this experience that an ambulance inside.

14   Q.    Okay.

15   A.    But I don't know what is the contract with the

16   clinic.

17   Q.    I'm sorry.  I understand that.  But when this

18   hotel -- you were hired the first year the hotel was

19   opened, 1999?

20   A.    1999.

21   Q.    Did you open the hotel?

22   A.    The hotel opened in September and I came

23   working in November.

24   Q.    Okay.  And at that time it was even more

25   remote and further away from everything and the roads

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-266a2f8d4f5b

1   less impure, good roads, than in 2003, correct?

2        A.    Uh-huh.

3        Q.    Do you remember discussions that the security

4   department may have had with the managers at the resort

5   about how long it was going to take to get an ambulance

6   if there was an emergency?

7        A.    Uh-huh.

8        Q.    Do you remember?

9        A.    No.

10       Q.    No?  After the Sacks incident, do you know if

11  the hotel did anything to try to address this

12  remoteness problem about it being -- taking so long to

13  get an ambulance if there was an emergency.  Do you

14  know what they did about that?

15       A.    Well, the truth is, it never happened the same

16  situation with Mr. Sacks, you know?  And all the time

17  we have little accidents, you know, a scratch and --

18       Q.    Had the hotel made arrangements for a nearby

19  ambulance when you left there?  It's my understanding

20  that they now have access to an ambulance at the Punta

21  Mita development -- and maybe they're part of it.  I

22  don't know -- which is nearby.  Had that ambulance been

23  stationed there when you were -- and that clinic when

24  you left the hotel --

25       A.    No.

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

1     Q.   -- or that came later?  It was later?

2     A.   I'm sorry.

3     Q.   You don't know anything about that?

4     A.   I don't understand.

5     Q.   Okay.  Now, when you left your employment at

6  the Four Seasons, at that time was there a clinic and

7  ambulance serving that Punta Mita development,

8  including the hotel, when you left, when you finished

9  your work there; do you know?

10    A.   No.  After this situation with Mr. Sacks we

11 have another incident.  They have a fire in a big house

12 inside in the same -- in the same property, you know.

13 And after with this situation I recommended an

14 emergency station, you know, to ambulances and the fire

15 department and a little --

16    Q.   All of that?

17    A.   All of that.  But this is along in 2004.

18    Q.   That was about 2004.  But you're not sure

19 exactly when you sent the e-mail recommending that an

20 ambulance be there all the time?

21    A.   No.

22    Q.   Okay.  You helped prepare the incident report

23 for the Sacks matter, is my understanding.  In fact, I

24 think you signed it, didn't you?  You signed the

25 incident report?  Look right here (indicating).

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-266a2f8d4f5b

Sergio Farias

1     A.   This?

2     Q.   Yeah.   Yes.   You have a copy in Spanish.   You

3   only have one page?

4     A.   Yeah, it's in Spanish.   Yeah, just one page.

5   Just in this --

6     Q.   Well, let me find the rest of it.

7     A.   This is my notes.

8     Q.   Yes.

9     A.   I'm checking these hours and this incident.

10   It does not --

11     Q.   It doesn't say who signed it -- yes.   Yes,

12   yes, yes.   Yeah, right here.   There's your name on it.

13     A.   Uh-huh.

14     Q.   Okay.   Assistant security manager.   So did you

15   prepare the report?

16     A.   Yeah.

17     Q.   And did you also help prepare this other

18   document that's 258 that is the timeline, what I call,

19   with all the times on it?

20     A.   Uh-huh.

21     Q.   Did you insert the information there or did

22   you just gather it and help Mr. Lopez do that, or did

23   someone else?

24     A.   I don't remember.   But I prepared this report

25   and --

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Sergio Farias

1    Q.   See, I'm very interested in who prepared this

2   list of times and events, because there are a lot of

3   medical terms -- there's several medical terms in here.

4    A.   Yeah.  We prepared this -- I remember.  We

5   prepared this report together, Mr. Lopez and me.

6    Q.   Mr. Lopez and you?

7    A.   Yeah.

8    Q.   Did the doctor help you with this report?

9    A.   No.

10    Q.   This timeline?

11    A.   No, I don't remember.

12    Q.   Did anyone -- do you remember if anyone at the

13   hotel helped you prepare this -- this incident

14   timeline?

15    A.   No, I don't remember.  I prepared the report,

16   but I don't remember if the doctor was standing there

17   or not.

18    Q.   Did Mr. Rhomberg's assistant, Mendez, assist?

19    A.   I don't know.  I don't remember.

20    Q.   Okay.  In the incident report -- let me see if

21   I can find you another page here.  Look at this English

22   translation with me, please.  This is the next page.

23   Okay?

24    A.   Uh-huh.

25    Q.   It says, "The officer informed me" -- that

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1812)

7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    would be you, correct?

2        A.    Uh-huh.

3        Q.    -- "that this person had died on the way to

4    the clinic."

5             Do you see that?

6        A.    Uh-huh.

7        Q.    Okay.  That "uh-huh" is a yes?  Is that yes?

8    That's a si.  If you just say "uh-huh" --

9        A.    This is the police officer.  It's right there.

10       Q.    Right.

11       A.    Yeah.  That's --

12       Q.    Officer Aurora?

13       A.    Yeah.  This is approximately one hour before

14   that somebody of the policia that's in Mexico --

15       Q.    Right.

16       A.    Somebody go to the hotel and he's asking what

17   happened.  He's not asking.  He's telling me that this

18   person is dead in the ambulance.

19       Q.    Right.  He said -- he told you that the --

20   that Mr. Sacks had died on the way to the hospital?

21       A.    He tell us something.

22       Q.    And that's what you put in your report?

23       A.    Uh-huh.

24       Q.    "Officer informed me that this person had died

25   on the way to the clinic," correct?  Is that correct?

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

```
 1      A.    Uh-huh.

 2      Q.    That -- when you say "uh-huh," the reporter

 3  thinks you're -- because you shook your head yes, she

 4  thinks you mean yes.

 5      A.    Sorry.

 6      Q.    So you have -- try to say "yes" or "no," will

 7  you, please?

 8      A.    Yeah. , sure.

 9      Q.    Thank you very much, Sergio.

10      A.    That's somebody with the police who goes to

11  the hotel and he's asking what happened, because he has

12  some report with somebody -- somebody that -- inside to

13  the resort.

14      Q.    Right.  But Mr. Sacks didn't die at the

15  resort?

16      A.    I don't know.  That's the doctor of his --

17      Q.    Right.  And, apparently, the doctor told the

18  officer that he died on the way to the clinic.

19      A.    All right.

20      Q.    That's what it says.  Is it down here?  See?

21  See, on the way -- on the -- in transport to the

22  clinic?

23      A.    Uh-huh.

24      Q.    Okay.  Do you agree that's what it says?

25      A.    I don't remember.
```

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-266a2f8d4f5b

Sergio Farias

```
 1        Q.   But that's what you wrote.  I mean, that's
 2   what the report says anyway?
 3        A.   Okay.
 4        Q.   All right.  Did you know Mr. Aurora,
 5   Officer Aurora?  Did you know him before?
 6        A.   Uh-huh.
 7        Q.   Were you acquainted with him before, before
 8   this Sacks matter?
 9        A.   Uh-huh.
10        Q.   Were you acquainted Mr. Aurora?
11        A.   I'm sorry.  No.
12        Q.   Officer -- you didn't know the officer?
13        A.   No.
14        Q.   Okay.  Okay.  All right.  Just about through.
15             An English translation was prepared of
16   the incident report and an English translation of the
17   timeline, which is No. 258.  Do you know who did the
18   translation?
19        A.   No, I don't know.
20        Q.   Do you know if any drafts or other reports
21   were prepared and then changes had to be made before
22   the final report?
23        A.   No.  No, I don't know.  I don't know because I
24   prepared my report and that's it.
25        Q.   Okay.  In the -- in the report there is a
```

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1  place here where there's a blank.  Do you see right

2  here there's a blank?

3       A.    Uh-huh.

4       Q.    And something was whited out.  It's in your

5  report, too.  What was in there that was whited out, do

6  you know?

7       A.    No, I don't know.

8       Q.    Do you see what -- it's the third line under

9  the "Guest Incident."

10      A.    No.  Maybe -- sometimes put on there just

11 because I don't have a name, the first name, you know,

12 and sometimes putting on that little space.

13      Q.    You just leave a blank for it?

14      A.    Yeah.  That's Mr. Sacks.

15      Q.    Okay.

16      A.    And after I try to put it underneath that

17 first name.

18      Q.    Okay.  But you don't remember any changes from

19 the initial report?

20      A.    No.

21      Q.    Okay.

22      A.    No.  I prepared the report, and that's it.

23 Somebody translated it to English, but I don't know

24 who.

25      Q.    But Doctor -- how do you say his name,

Electronically signed by Janalyn Reeves (201-421-177-1012)                7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    Barajas?

2         A.    Barajas.

3         Q.    Barajas.

4         A.    Ricardo Barajas.

5         Q.    You don't know where he is now, do you?

6         A.    No.

7         Q.    Do you know why he left --

8         A.    Huh-uh.

9         Q.    -- the company he worked for?  You don't know?

10        A.    Huh-uh.

11        Q.    The doctor never did declare that Mr. Sacks

12   had died at the hotel, did he?

13        A.    No, never say this.

14        Q.    Okay.  Who was in charge of the hotel that

15   day?  Did you have a manager on duty?  Who was in

16   charge?

17        A.    What day is that?

18        Q.    Sunday --

19        A.    Sunday?

20        Q.    -- June 8th.  Mr. Rhomberg was away?

21        A.    No.  No.  The manager on duty was

22   Phillip Real, Phillip Real.

23        Q.    Phillip Real?

24        A.    He is the manager on duty.

25        Q.    MOD?

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1      A.    The MOD, yeah.

2      Q.    He was the assistant food and beverage

3   manager, wasn't he?

4      A.    I don't know what he was in charge of at this

5   time.

6      Q.    Okay.   That was his regular duty, though,

7   wasn't it, the food and beverage manager, assistant

8   food and beverage manager?

9      A.    I think so.

10     Q.    Okay.

11     A.    Yes.   But this time -- I remember with this

12  time in the resort was Nancy Chacon, and she's rooms

13  division.

14     Q.    Rooms, exactly.

15     A.    Rooms division.

16     Q.    But you say Phillip Real was in charge that

17  day?

18     A.    Yeah.

19     Q.    I think that's correct.   Someone else said

20  that, too.

21           And did someone from the Four Seasons

22  contact you recently?

23     A.    Me?

24     Q.    Yes.

25     A.    No.

Esquire Deposition Services          3101 Bee Cave Road, Suite 220          Austin, Texas 78746
Phone (512) 634-1980                    (800) 969-3027                        Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1     Q.   Call you on the phone?

2     A.   On this day?

3     Q.   Not today, but a few days ago.

4     A.   No.

5     Q.   Okay.  I thought Ms. Mendez or someone had

6  called, or Rossy?

7     A.   No.

8     Q.   No?

9     A.   No.

10    Q.   But right now you can't remember exactly when

11  it was that you recommended that -- or do you

12  remember -- that an ambulance be stationed at the

13  resort because it took so long to go to a hospital?

14  You don't remember when you --

15    A.   No.

16    Q.   And do you remember who you sent your e-mail

17  to?

18    A.   No.

19    Q.   Okay.  Rhomberg or Mr. Lopez?  But somebody?

20    A.   No.  But somebody.

21    Q.   A manager?

22    A.   I don't remember.

23    Q.   Okay.

24    A.   That's some -- many years.

25    Q.   I understand.  I understand.

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)

7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1              Do you know about how long it would take

2      to -- for an ambulance to go from the resort to a

3      hospital in Puerta Vallarta?  After the ambulance got

4      to the resort, then it started to leave, how long would

5      it take to drive to a Puerta Vallarta hospital?

6          A.    It's around 45 minutes.

7          Q.    How long?  To Puerta Vallarta.

8          A.    To Puerta Vallarta?

9          Q.    Si.

10         A.    That's around to 45 minutes.

11         Q.    45?

12         A.    45.  Around 45 or 50 minutes.

13         Q.    Do you know where the ambulance was that the

14     PBX operator would have called, where it was to come

15     from?

16         A.    I think the ambulances, he's going from

17     Mezcales, not Puerta Vallarta.

18         Q.    Finally it did, I understand, yeah.  But where

19     was it -- where was it supposed to come from to get to

20     the hotel, do you know?

21         A.    I'm sorry.

22         Q.    Okay.  No problem.  We'll let that go.

23              Did you hear the doctor tell the

24     ambulance drivers where he wanted to take Mr. Sacks?

25     Do you remember?

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

1    A.    Huh-uh.  No.

2    Q.    Okay.  Okay.

3          Mr. Farias, thank you very much for

4    taking the time to come over here and talk to me.  I

5    know you're busy at your job getting ready for this

6    hurricane, which we hope doesn't come.  But thank you

7    very much for coming and talking to me.

8          Do you have any questions about anything

9    so far?

10   A.    No.  That's -- the situation don't have any

11   problem with me or --

12   Q.    No.

13   A.    No?

14   Q.    No, no.  This lady will prepare a typed

15   transcript for you.  And if I send that to you would

16   you please sign it for me and send it back?

17   A.    Of course.

18   Q.    And you can -- I'll send you a copy to keep.

19   I would appreciate that very much.

20         Okay.  Thank you.

21   A.    You're welcome.

22         (Proceedings concluded at 12:20 p.m.)

23

24

25

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Electronically signed by Janalyn Reeves (201-421-177-1012)                    7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

```
1                    CHANGES AND SIGNATURE

   SERGIO ENRIQUE FARIAS CEDRA

2  AUGUST 31, 2007

3  PAGE    LINE    CHANGE                    REASON

4  _____

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____
```

Electronically signed by Janalyn Reeves (201-421-177-1012)          7d6c0236-b01d-4987-afd6-286a2f8d4f5b

1
2
3
4
5
6

7     I, SERGIO ENRIQUE FARIAS CEDRA, have read the foregoing sworn statement and hereby affix my signature that same is true and correct, except as noted above.

8
9

                _____

                SERGIO ENRIQUE FARIAS CEDRA

10

11 THE STATE OF _____)

COUNTY OF _____)

12

13     Before me, _____, on this

14 day personally appeared SERGIO ENRIQUE FARIAS CEDRA,

15 known to me (or proved to me under oath or through

16 _____) (description of identity card or

17 other document) to be the person whose name is

18 subscribed to the foregoing instrument and acknowledged

19 to me that they executed the same for the purposes and

20 consideration therein expressed.

21     Given under my hand and seal of office this

22 _____ day of _____, 2007.

23

24                 _____

                NOTARY PUBLIC IN AND FOR

25                 THE STATE OF _____

Electronically signed by Janalyn Reeves (201-421-177-1012)     7d6c0236-b01d-4987-afd6-286a2f8d4f5b

REPORTER'S CERTIFICATION

SWORN STATEMENT OF SERGIO ENRIQUE FARIAS CEDRA

AUGUST 31, 2007

I, JANALYN REEVES, a Certified Shorthand Reporter in and for the State of Texas, do hereby certify to the following:

That the witness, SERGIO ENRIQUE FARIAS CEDRA, was duly sworn by me and that this transcript of the oral sworn statement is a true record of the proceedings held and the testimony given by the witness;

That the original transcript, along with any exhibits marked therein, was submitted on _____, 2007, to _____ for examination and signature by the witness;

That pursuant to information given to me at the time said testimony was taken, the following includes counsel for all parties of record:

Mr. Windle Turley, Attorney for Holly Ann Sacks, Individually and as representative of the estate of Richard Todd Sack, Melvin Phillip Sacks, and Marilyn Proctor

That $_____ is the sworn statement officer's charges to Holly Ann Sacks for preparing the original sworn statement transcript and any copies of exhibits;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or

Esquire Deposition Services
Phone (512) 634-1980

3101 Bee Cave Road, Suite 220
(800) 969-3027

Austin, Texas 78746
Fax (512) 328-8139

Sergio Farias

1    attorneys in the action in which this proceeding was

2    taken, and further that I am not financially or

3    otherwise interested in the outcome of the action.

4                    Certified to by me this _____5th_____ day of

5    _____September_____, 2007.

6

7

8                    *Janalyn Reeves*

9

                     JANALYN REEVES, Texas CSR 3631

10                   Expiration Date 12/31/2008

                     3101 Bee Caves Road

11                   Centre II, Suite 220

                     Austin, Texas  78746

12                   (512) 328-5557

                     Firm Registration 283

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Janalyn Reeves (201-421-177-1012)                  7d6c0236-b01d-4987-afd6-286a2f8d4f5b

Sergio Farias

**A**

above-styled 1:15
access 26:20
accidents 26:17
acknowledged 40:18
acquainted 32:7,10
action 42:1,3
activate 21:3
activated 20:15,23 21:7
address 26:11
affix 40:7
age 4:21
ago 24:19 36:3
agree 31:24
ahead 14:5 23:8
Air 23:3
ambi 11:17,23
ambu 11:14,16
ambulance 13:11 13:13,16 14:11,14 14:21 15:3 17:15 17:19 22:18,22,23 23:9 24:17,22 25:7,13 26:5,13 26:19,20,22 27:7 27:20 30:18 36:12 37:2,3,13,24
ambulances 27:14 37:16
Andreas 5:9
Ann 1:14 2:3 41:17 41:21
announced 24:2
anyway 32:2
apparently 31:17
appear 9:20
Appearances 3:2
appeared 40:14
appreciate 38:19
approximately 30:13
area 16:1 17:5 19:2
arrangements

26:18
arrived 18:10
asked 6:5,6 13:10 13:12,13 14:2 18:8
asking 30:16,17 31:11
assist 29:18
assistant 5:8,8 28:14 29:18 35:2 35:7
attached 1:21
Attorney 41:17
attorneys 42:1
August 1:11,16 39:2 41:2
Aurora 30:12 32:4 32:5,10
Austin 42:11
a.m 1:16,16

**B**

back 19:1,2,2,15,16 22:19,25 23:1,2,4 23:6,23 24:7 38:16
bag 9:4,8 11:17,22 11:23 12:21
Barajas 18:19 19:14 34:1,2,3,4
bath 9:22
battery 21:19,23
bed 9:23,24
Bee 42:10
beverage 35:2,7,8
big 15:19 17:14 18:3 27:11
blank 33:1,2,13
board 15:11,11
bought 22:5
breathing 11:1
Brief 6:12
briefcase 9:8
bring 10:18
building 7:8 17:8

17:22 18:1
busy 14:16,17,18 14:19 15:6 38:5
buy 21:15

**C**

C 2:1
Cabos 1:19 4:13
call 10:17 14:7,11 14:15,15 28:18 36:1
called 6:1 7:21 8:1 10:21 14:14 23:12 36:6 37:14
calling 8:9
car 15:18 16:20 17:14
card 40:16
cargo 19:2
carried 15:10,21 16:1
carrying 9:6
cart 6:4,18,19,19 6:25 8:6,11
cause 1:15
Caves 42:10
Cedra 4:20 39:1 40:6,9,14 41:1,6
center 2:6
Central 2:5
Centre 42:11
Certificate 3:7
CERTIFICATI... 41:1
Certified 41:3 42:4
certify 41:4,24
Chacon 13:22 35:12
CHANGE 39:3
changed 21:19 22:22
changes 32:21 33:18 39:1
charge 34:14,16 35:4,16

charges 41:21
check 21:23 22:6 24:11
checking 7:10 10:4 10:5 21:21 28:9
chief 12:11
City 21:21
clinic 23:9,19 25:2 25:16 26:23 27:6 30:4,25 31:18,22
come 4:10 7:3 12:4 14:22,22 21:20 22:6,19 23:13,14 37:14,19 38:4,6
comes 12:5,10
coming 7:12 38:7
company 22:3,5 34:9
concierge 12:11
concluded 38:22
consideration 40:20
contact 7:15 35:22
contract 25:2,15
copies 41:23
copy 28:2 38:18
correct 4:13 26:1 30:1,25,25 35:19 40:7
counsel 41:16,24
COUNTY 40:11
couple 21:17
course 5:22 38:17
CPR 10:9,11,14 12:22,23 13:5
cross 16:25
crossed 16:22 17:2
cry 10:1
CSR 1:17 42:9

**D**

Dallas 2:6
Date 42:10
day 15:24 34:15,17 35:17 36:2 40:14

40:22 42:4
days 22:8 36:3
dead 30:18
death 5:14
declare 34:11
defibrillator 9:12 10:18 18:10 19:20 20:2,5,15,18,19 20:20,22 21:3,6,9 21:13,14,16,23 22:6,13
department 26:4 27:15
description 40:16
development 26:21 27:7
device 11:1
die 31:14
died 30:3,20,24 31:18 34:12
discussing 14:23
discussions 14:25 26:3
division 35:13,15
dock 17:5
doctor 7:22,22 8:2 8:3,13,19 9:9,14 10:2,5,11,12,14 10:16,17,21,25 11:7 12:1,2,21 13:1,15,17 15:2,2 20:17 21:1,2 22:23 29:8,16 31:16,17 33:25 34:11 37:23
doctor's 8:4,5 9:4
document 28:18 40:17
doing 11:23 13:4
door 9:17 16:25
Dr 18:19 19:14
drafts 32:20
drawn 16:21 19:8
drive 17:7,8 22:21 37:5

Sergio Farias

**driver** 18:24 22:21 23:2
**drivers** 37:24
**driving** 6:18
**duly** 1:14 4:2 41:7
**duty** 34:15,21,24 35:6

**E**

**E** 2:1,1
**eight** 11:13
**electro** 20:20
**emergency** 26:6,13 27:14
**employed** 41:25
**employment** 27:5
**English** 11:4 25:4 29:21 32:15,16 33:23
**Enrique** 4:20 39:1 40:6,9,14 41:1,6
**equipment** 17:23 18:3
**estate** 2:3 41:17
**event** 21:22
**events** 29:2
**everybody** 12:25 18:15
**exactly** 14:3 22:2 22:11 23:10 27:19 35:14 36:10
**examination** 3:5 4:3 41:12
**executed** 40:19
**exhibits** 41:11,23
**experience** 25:13
**Expiration** 42:10
**expressed** 40:20
**Expressway** 2:5
**e-mail** 25:6 27:19 36:16

**F**

**fact** 27:23
**facts** 5:12

**fairly** 5:16
**family** 7:18
**far** 38:9
**Farias** 1:10,13 3:4 4:1,20,21 14:4 20:14 38:3 39:1 40:6,9,14 41:1,6
**Federal** 1:20
**feel** 6:3
**feeling** 6:13,15
**final** 32:22
**finally** 15:9 37:18
**financially** 42:2
**find** 5:21 28:6 29:21
**fine** 7:10 12:15 13:9 14:5
**finished** 27:8
**fire** 27:11,14
**Firm** 2:5 42:12
**first** 4:2 10:7,14 11:25 21:14 25:18 33:11,17
**five** 22:21
**floor** 10:6 19:3,4,17 19:18
**followed** 12:25
**following** 16:21 41:5,15
**follows** 4:2
**food** 35:2,7,8
**foregoing** 40:7,18
**Forgive** 18:8
**formerly** 4:24
**Four** 4:24 27:6 35:21
**French's** 11:22
**front** 16:2,3 19:6
**full** 4:18
**further** 25:25 41:24 42:2

**G**

**gather** 28:22
**Gerardo** 12:6,7

13:3,17 18:18 19:13 23:5,15,21
**getting** 38:5
**given** 25:12 40:21 41:9,14
**giving** 10:12 11:2
**go** 6:2,4,7,10 7:6,21 7:22 8:2,3 9:2 14:5 15:19,25 17:20 18:7 22:17 22:18,21 23:11,19 23:21,24 30:16 36:13 37:2,22
**goes** 23:17 31:17
**going** 6:18,19 22:24 26:5 37:16
**golf** 8:6,11
**good** 6:3,6 26:1
**guard** 24:2
**guess** 5:23
**Guest** 33:9

**H**

**hand** 40:21
**hands** 10:8
**happen** 14:16
**happened** 5:13 26:15 30:17 31:11
**Haro** 12:7,17,18,24 18:18 19:13 23:5
**head** 19:24 31:3
**hear** 7:16,17 37:23
**held** 41:9
**hello** 7:13
**help** 12:4 28:17,22 29:8
**helped** 27:22 29:13
**helping** 12:20
**hereto** 1:21
**Hi** 7:13
**Hilton** 1:18 4:12
**hired** 25:18
**holding** 11:21,22
**Holly** 1:14 2:3 41:17,21

**hooked** 19:20 22:22
**hope** 38:6
**hospital** 22:24 23:18 30:20 36:13 37:3,5
**hotel** 1:19 4:12 14:15 16:2 21:12 21:13 22:12,19 23:1,4,6,23 25:2 25:18,18,21,22 26:11,18,24 27:8 29:13 30:16 31:11 34:12,14 37:20
**hour** 30:13
**hours** 28:9
**house** 27:11
**Huh-uh** 34:8,10 38:1
**hurricane** 38:6

**I**

**identity** 40:16
**II** 42:11
**impure** 26:1
**inches** 11:13
**incident** 5:13,25 7:2 26:10 27:11 27:22,25 28:9 29:13,20 32:16 33:9
**includes** 41:15
**including** 27:8
**INDEX** 3:1
**indicated** 10:20 19:1
**indicating** 10:8 11:8 12:22 16:18 17:1 18:25 19:7 27:25
**Individually** 2:3 41:17
**information** 28:21 41:14
**informed** 29:25 30:24

**initial** 33:19
**insert** 28:21
**inserted** 11:1
**inside** 6:22 9:10,11 18:16,17 25:13 27:12 31:12
**instance** 1:14
**instruction** 12:20 12:25
**instructions** 10:12
**instrument** 40:18
**instruments** 9:9
**interested** 29:1 42:3
**interruption** 6:12

**J**

**Janalyn** 1:17 41:3 42:9
**job** 38:5
**Jose** 4:13
**June** 5:23,24 34:20

**K**

**keep** 38:18
**know** 5:21 6:3 8:10 9:9 11:3 12:21 13:18 15:8 17:13 18:12 20:16 24:8 24:12 25:1,1,3,3 25:12,15 26:10,14 26:16,17,22 27:3 27:9,12,14 29:19 31:16 32:4,5,12 32:17,19,20,23,23 33:6,7,11,23 34:5 34:7,9 35:4 37:1 37:13,20 38:5
**known** 40:15

**L**

**lady** 38:14
**Law** 2:5,6
**learned** 5:25
**leave** 33:13 37:4

Sergio Farias

left 5:4,7 26:19,24
27:5,8 34:7
line 16:21 33:8 39:3
list 29:2
little 6:4 26:17
27:15 33:12
loaded 15:14
loading 17:5
located 18:2
lock 24:6
log 24:11
long 11:8,12 14:4,9
14:22 21:12,13,15
26:5,12 36:13
37:1,4,7
Look 16:12 27:25
29:21
looked 24:6
looking 9:25 24:6
Lopez 5:9 28:22
29:5,6 36:19
Los 1:19 4:13
lot 29:2

**M**
machine 1:18
maintenance 17:21
major 17:21,22
18:1
manager 5:8,9
28:14 34:15,21,24
35:3,7,8 36:21
managers 26:4
manually 21:2
map 15:24 16:10
16:10,11,12
Marilyn 2:4 41:18
marked 41:11
matter 7:16 27:23
32:8
mean 14:14 20:16
22:8 24:5 31:4
32:1
medical 23:3 29:3,3
Melvin 2:3 41:18

Mendez 29:18 36:5
metal 11:5
Mexico 1:19 21:21
30:14
Mezcales 37:17
middle 19:9,9,10
minute 24:4
minutes 22:21 37:6
37:10,12
Mister 23:1
Mita 4:25 26:21
27:7
MOD 34:25 35:1
months 21:20 22:9
22:10
mouth 11:3,3,21,22

**N**
N 2:1
name 4:18 22:3
28:12 33:11,11,17
33:25 40:17
Nancy 13:21,21,22
13:22 35:12
near 16:3 17:6
nearby 26:18,22
need 13:15 14:10
15:3 17:20 24:11
24:12
needed 6:10 17:15
24:18,22 25:7
needs 7:22
neither 41:24
never 21:1,9 22:15
26:15 34:11,13
North 2:5
NOTARY 40:24
noted 40:7
notes 28:7
November 25:23
number 16:14
numbered 1:15

**O**
oath 40:15

occurrence 5:16
office 8:4,5,19,21
40:21
officer 29:25 30:9
30:12,24 31:18
32:5,12,12
officer's 41:21
Oh 16:11
okay 4:7,8,17 5:21
6:16,24 7:1,15,24
8:1,11 9:4,7,14
10:2,14,17,20,23
11:21 12:4,9,13
13:9 14:13,20
15:5 16:19,19,24
17:7 18:6,12,22
19:1,8,17 20:1,14
20:24 21:1,5,9,12
21:17,22 22:4,12
22:25 23:16,19,21
23:23 24:13,15
25:11,14,24 27:5
27:22 28:14 29:20
29:23 30:7 31:24
32:3,14,14,25
33:15,18,21 34:14
35:6,10 36:5,19
36:23 37:22 38:2
38:2,20
once 8:1
open 9:17 25:21
opened 25:19,22
operating 21:24
operator 14:15
37:14
oral 1:9,13 41:7
original 41:10,22
outcome 42:3
outside 8:21,22,23
8:24 15:16,17,18
15:20 17:3 19:13
24:3
override 21:3
oxygen 9:12 10:18
18:10 20:11,11

**P**
P 2:1,1
page 3:6 28:3,4
29:21,22 39:3
paramedics 22:23
Pardon 23:7
parked 15:14,20
part 5:19,20 16:22
16:25 26:21
parties 41:16,25
PBX 14:15 37:14
people 14:9,23
person 30:3,18,24
40:17
personally 40:14
Phillip 2:3 13:23
18:18 19:11 23:17
34:22,22,23 35:16
41:18
phone 24:16 36:1
pick 6:14 8:2,3,13
23:14,15
place 17:20 33:1
placed 19:9
please 4:6,19,21
5:12 11:15 24:4
29:22 31:7 38:16
plugged 20:4,4
police 30:9 31:10
policia 30:14
position 5:6
possible 17:16
prepare 27:22
28:15,17 29:13
38:14
prepared 28:24
29:1,4,5,15 32:15
32:21,24 33:22
preparing 41:22
previously 24:16
problem 8:19 26:12
37:22 38:11
Procedure 1:20
proceeding 42:1
proceedings 38:22

41:8
Proctor 2:4 41:18
produced 1:13
progress 5:25
property 27:12
proved 40:15
provisions 1:20
PUBLIC 40:24
Puerta 37:3,5,7,8
37:17
Punta 4:25 26:20
27:7
purposes 40:19
pursuant 1:19
41:14
put 11:7,15 18:23
22:20 24:2 30:22
33:10,16
putting 10:6,6,13
11:3,11,14 12:21
18:16,17 20:17
21:6 33:12
p.m 38:22

**Q**
questions 5:11
14:21 38:8

**R**
R 2:1
radio 7:21
read 40:6
reading 7:1
ready 38:5
Real 13:23 18:18
19:11 23:17 34:22
34:22,23 35:16
REASON 39:3
receiving 20:1
recommended
27:13 36:11
recommending
27:19
record 1:21 4:18
41:8,16

**Reeves** 1:17 41:3 42:9
**regarding** 5:13
**Registration** 42:12
**regular** 35:6
**related** 41:25
**remember** 5:16,17 5:18,22 6:1,4 7:7 7:12,20,24,25 9:1 9:3,13 10:19,23 10:24,25 11:2 12:3,5 13:8,14,15 14:3,4,9,12,13,13 14:17,20,24 15:2 15:4,23 18:9,15 20:8,9,10,13,14 20:17,22,25 21:4 21:6,7 22:2,3,7,10 23:12 24:14,19 25:10 26:3,8 28:24 29:4,11,12 29:15,16,19 31:25 33:18 35:11 36:10 36:12,14,16,22 37:25
**remote** 25:25
**remoteness** 26:12
**report** 7:2 9:17 10:20 24:6,11,12 27:22,25 28:15,24 29:5,8,15,20 30:22 31:12 32:2 32:16,22,24,25 33:5,19,22
**reported** 1:18
**reporter** 31:2 41:3
**Reporter's** 3:7 41:1
**reports** 32:20
**representative** 2:3 41:17
**requested** 24:17
**resort** 4:25 24:18 24:23 25:7 26:4 31:13,15 35:12 36:13 37:2,4

**respiration** 11:2
**rest** 28:6
**Rhomberg** 13:18 13:19 34:20 36:19
**Rhomberg's** 29:18
**Ricardo** 34:4
**Richard** 2:3 5:14 41:18
**right** 8:8 9:11 10:2 10:11,25 12:15 13:2,9 14:7,20 15:9 16:17 17:1 18:6,24 19:7,12 19:19 20:14,21 27:25 28:12 30:9 30:10,15,19 31:14 31:17,19 32:4,14 33:1 36:10
**Road** 42:10
**roads** 25:25 26:1
**room** 6:9,17,21,22 6:23 7:3,6,8,13 9:15 24:3,7
**rooms** 7:9 15:19 35:12,14,15
**Rossy** 36:6
**route** 15:23 16:5,7
**Rules** 1:19

**S**

**S** 2:1
**Sack** 2:3 41:18
**Sacks** 1:14 2:3,4 5:14 6:3,5,6,13,19 7:3,7,12,18 9:15 9:20,22,25 10:4,5 14:10 15:6,10,21 18:17,18,22 19:10 19:13 20:18 21:7 21:22 22:20,22,24 23:8,17 26:10,16 27:10,23 30:20 31:14 32:8 33:14 34:11 37:24 41:17 41:18,21

**San** 4:13
**satchel** 9:4
**saw** 7:3 15:23 20:15 21:1
**saying** 15:3
**says** 9:17 29:25 31:20,24 32:2
**scratch** 26:17
**seal** 40:21
**Seasons** 4:24 27:6 35:21
**seat** 19:2,6,6,9,10
**security** 5:8,9 24:1 24:2,7 26:3 28:14
**see** 6:6 18:14 21:2,9 21:11,23 29:1,20 30:5 31:20,21 33:1,8
**semi-automatic** 20:19
**send** 25:10 38:15 38:16,18
**sending** 24:10 25:9
**sent** 25:6 27:19 36:16
**September** 25:22
**Sergio** 1:10,13 3:4 4:1,20 31:9 39:1 40:6,9,14 41:1,6
**serving** 27:7
**set** 19:7
**shook** 19:23 31:3
**shorthand** 1:18 41:3
**show** 16:10
**showing** 11:12
**si** 13:24 30:8 37:9
**side** 16:20
**sign** 38:16
**signature** 3:6 39:1 40:7 41:13
**signed** 27:24,24 28:11
**sir** 4:16,22 7:19 8:10

**sitting** 9:23,24
**situation** 26:16 27:10,13 38:10
**six** 21:20
**size** 9:8
**skip** 18:6
**slow** 17:13
**slowly** 4:5
**somebody** 6:1 7:20 21:7,20 23:12 24:6,10 30:14,16 31:10,12,12 33:23 36:19,20
**sorry** 8:18 12:14,15 12:16 14:6 16:4 17:24 18:5 19:23 19:25 25:17 27:2 31:5 32:11 37:21
**sounds** 7:2
**spa** 6:2,2,4 7:22 8:3 15:16,17,18,21 16:2,17 17:2,3,6
**space** 33:12
**Spanish** 28:2,4
**speak** 4:5
**spoke** 24:16
**squeezing** 11:19,23
**standby** 24:17,22
**standing** 6:25 29:16
**start** 10:11
**started** 5:2 37:4
**starting** 9:22
**State** 1:17 40:11,25 41:4
**stated** 1:20
**statement** 1:9,13 7:1 40:7 41:1,8,21 41:22
**station** 27:14
**stationed** 25:7 26:23 36:12
**stayed** 22:25
**stretcher** 15:10,11
**strike** 8:12

**submitted** 41:11
**subscribed** 40:18
**suggested** 24:17 25:5
**suggestion** 24:21
**suite** 16:1 17:10 18:1 20:18 42:11
**suites** 17:11
**Sunday** 5:24 34:18 34:19
**supposed** 37:19
**sure** 4:6 10:24 13:4 21:21 27:18 31:8
**sworn** 1:9,13,15 4:2 40:7 41:1,7,8,20 41:22

**T**

**take** 14:7 26:5 37:1 37:5,24
**taken** 1:15 16:20 41:15 42:2
**talk** 4:10 6:5 38:4
**talking** 38:7
**tank** 9:12 20:11
**technical** 22:3
**telephone** 24:19
**tell** 4:6 5:12,23,24 6:2 7:21 15:23,25 30:21 37:23
**telling** 9:2 24:5 25:6 30:17
**tells** 6:7,15
**terms** 29:3,3
**testified** 4:2
**testimony** 41:9,15
**Texas** 1:18,19 2:6 41:4 42:9,11
**thank** 4:12,17 31:9 38:3,6,20
**thing** 11:5
**things** 5:17
**think** 6:16 10:20 15:20 27:24 35:9 35:19 37:16

Sergio Farias

thinks 31:3,4
third 33:8
thought 24:8,22
  25:7 36:5
throat 11:6
time 6:25 13:5,6
  14:22 24:24 25:8
  25:24 26:16 27:6
  27:20 35:5,11,12
  38:4 41:15
timeline 28:18
  29:10,14 32:17
times 7:20,25 28:19
  29:2
today 36:3
Todd 2:3 41:18
told 24:15,18 25:5
  30:19 31:17
transcript 38:15
  41:7,10,22
translated 33:23
translation 29:22
  32:15,16,18
transport 31:21
transported 15:10
travel 16:6
truck 17:1,2,23
  18:3,3,16
true 40:7 41:8
truth 26:15
try 4:5 26:11 31:6
  33:16
tube 11:4
Turley 2:4,5,6 3:5
  4:4 6:13 41:17
two 24:18
type 11:1
typed 38:14

**U**
uh-huh 5:15 8:17
  9:16 10:10 11:9
  11:10,18,20 12:8
  15:13,22 16:13,22
  17:4 19:21 20:3,6

24:20 26:2,7
28:13,20 29:24
30:2,6,7,8,23 31:1
31:2,23 32:6,9
33:3
underneath 33:16
understand 4:6
  8:18 13:2,4 14:18
  15:7,11,12 16:4
  17:24 19:19 25:17
  27:4 36:25,25
  37:18
understanding
  6:16 18:5 26:19
  27:23

**V**
Vallarta 25:2 37:3
  37:5,7,8,17
van 15:11,14,15,20
  16:8,9,16,17 17:7
  17:8,9,14,19
  18:16,17,22,24
  19:3,5,22 20:7,7
  20:12 22:17,18,20
  22:25 23:8,18
visit 7:5
voluntarily 4:9
voluntary 4:9

**W**
walking 7:8,9,13
  16:23
walks 6:21,22
want 5:11,21,22
wanted 37:24
warm 12:16
wasn't 13:19 35:3,7
way 16:18 17:19,25
  30:3,20,25 31:18
  31:21
weeks 22:8 24:18
welcome 38:21
went 9:20 11:5
  19:22 23:3,4,8,23

24:1,7
We'll 37:22
we're 4:12
whited 33:4,5
Windle 2:4 41:17
witness 1:14 3:6
  41:6,9,13
work 4:24 5:2
  17:22 18:1 21:10
  27:9
worked 14:10 34:9
working 25:23
wouldn't 16:3
write 4:14
wrote 32:1

**Y**
yeah 5:1 6:22 8:3,5
  8:7,20 9:6,19,25
  11:7 12:2,12
  18:21 19:16,18
  21:18,20,25 28:2
  28:4,4,12,16 29:4
  29:7 30:11,13
  31:8 33:14 35:1
  35:18 37:18
year 5:4 25:18
years 21:17 36:24
you-all 15:9

**1**
10:37 1:16
1000 2:6
11:21 1:16
12/31/2008 42:10
12:20 38:22
1401 18:1
1404 6:7,17 7:9,23
  9:2 16:1,14,18
  17:8 18:2 23:24
  24:1
1999 5:2 25:19,20

**2**
2 3:2

2000 21:16
2001 21:16
2003 5:24 26:1
2004 5:5,6 27:17,18
2007 1:11,16 39:2
  40:22 41:2,12
  42:5
214 2:7
220 42:11
258 28:18 32:17
269 16:14
283 42:12

**3**
31 1:11,16 39:2
  41:2
3101 42:10
328-5557 42:12
3631 42:9
39 3:6

**4**
4 3:5
41 3:7 4:23
45 37:6,10,11,12,12

**5**
5:30 24:7
5:45 24:7
50 37:12
512 42:12

**6**
6440 2:5
691-4025 2:7

**7**
75206 2:6
78746 42:11

**8**
8th 5:24 34:20