# TURLEY | LAW FIRM

| | | |
|---|---|---|
| **WINDLE TURLEY**<br>CERTIFIED-PERSONAL INJURY TRIALS<br>**LINDA TURLEY**<br>CERTIFIED-PERSONAL INJURY TRIALS<br>**THOMAS B. COWART**<br>CERTIFIED-CIVIL APPELLATE LAW | **LORI A. WATSON**<br><br>**T NGUYEN**<br><br>**KATHLEEN M. KEARNEY**<br><br>**DAVID A. TIJERINA** | 1000 Turley Law Center<br>6440 North Central Expressway<br>Dallas, Texas 75206<br><br>main 214-691-4025<br>toll-free 800-692-4025<br>fax 214-361-5802<br><br>turley@wturley.com<br>www.wturley.com |

ESTABLISHED 1973

November 14, 2007

Mr. Marcos Ronquillo          Via Email
Mr. Jose Gonzalez
Godwin Pappas Langley Ronquillo LLP
1201 Elm Street, Suite 1700
Dallas, TX 75270

Mr. William Cremer          Via Email
Mr. Josh Yeager
Cremer, Kopon, Shaughnessy
180 North LaSalle, Suite 3300
Chicago, IL 60601

RE: Sacks v. Four Seasons

Gentlemen:

    Attached is Plaintiffs' Designation of Expert Witnesses. Also attached are the reports and CV's of Fred Del Marva, J. Jon Fels, Ronald Underwood, M.D. and Thomas Mayor.

    Thank you.

With kind regards,

/s/

Windle Turley

WT/bll
Attachments
cc:   Mr. Winford Dunn


EXHIBIT G

Holly Ann Sacks, et al
-vs-
Four Seasons Hotels Limited and Four Seaons Punta Mita, S.A. de C.V.

# A. DEPOSITION / DEPOSITION SUMMARIES
Reviewed by Joachim 'Jon' Fels, Expert Witness

### *FOUR SEASONS HOTELS LIMITED ET AL*

- Senior Vice President of Operations & Development
  Mr. Charles Ferraro

- Vice President of Rooms
  Mr. Ivan Goh

- Risk Manager
  Ms. Leslie Brown

- General Manager (September, 1999-October, 2003)
  Mr. Ricardo Acevedo

- General Manager (November 1, 2003 – 05,…after Mr. Sacks' death)
  Christian H. Clerc

### *FOUR SEASONS HOTEL PUNTA MITA / SABB*

- Resort Manager
  Mr. Martin Rhomberg

- Director of Rooms
  Ms. Nancy Chacon

- Asst. Manager of Security          (Oral Sworn Statements)
  Sergio Farias

- PBX/Receptionist          (Oral Sworn Statements)
  Ms. Mariana Zardain

- Holly Ann Sacks, wife of deceased
                Richard Todd Sacks

1 of 2

Joachim 'Jon' Fels
Expert Witness

## B. REVIEW OF REPORTS RECEIVED

- Plantiff's Original Complaint

- Agreed Protective Order

- Agreement to be bound by Agreed Protective Order (6/1/07)

- Hotel Management Agreement (113 pages) and

- Hotel Advisory Agreement (118 pages) between
  Four Seasons Corporate & Punta Mita

- Worldwide Four Seasons Directory (135 pages)

- Operating Criteria (152 pages)

- Table of Contents: Security Guidelines for Rooms Division Policy & Procedures (13 pages)

- Corporate Security Policies and Procedures (effective 4/1/06)

- Local Security Policies and Procedures (2006/07)

- Guest Injury Response and Reporting Procedures

- Code Blue (in Spanish and preliminary translation into English)

- Lock Event Interpretation (Sacks' suite #1404) 6/6/03-6/8/03

- Prescription for Valium