IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| HOLLY ANN SACKS, Individually and as Representative of the Estate of RICHARD TODD SACKS, MELVIN PHILLIP SACKS, and MARILYN PROCTOR, <br><br>          Plaintiffs, <br><br> V. <br><br> FOUR SEASONS HOTELS LIMITED AND FOUR SEASONS PUNTA MITA, S.A. de C.V., <br><br>          Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION <br> NO. 5:04-CV-73 |

## PLAINTIFF HOLLY SACKS' REPLY IN SUPPORT OF HER FOURTH MOTION TO COMPEL ANSWERS TO REQUESTS FOR PRODUCTION FROM DEFENDANTS

Plaintiff Holly Sacks files this Reply in Support of her Fourth Motion to Compel Answers to Requests for Production from Defendants, and state as follows:

Defendants have not confessed to feasibility, but rather continue to assert that it was not practical to maintain a standard of medical services that Plaintiffs suggest.  Obtaining the requested information from Defendants is relevant, and/or is reasonably calculated to lead to discovery of admissible evidence, to show what Four Seasons did at one facility to address the risk and to fix the same issue was feasible and could have been done at the subject Punta Mita resort.

PLAINTIFF HOLLY SACKS' REPLY IN SUPPORT OF HER FOURTH MOTION TO COMPEL ANSWERS TO REQUESTS FOR PRODUCTION FROM DEFENDANTS– Page 1

thn010308554.wpd

WHEREFORE, Plaintiff Holly Sacks asks the Court strike all of the objections raised by Defendants to the above-mentioned requests for production, and order Defendants to respond to the Discovery within ten (10) days, and for such other and further relief to which Plaintiff Holly Sacks may be justly entitled both at law and equity.

        Respectfully submitted,

        TURLEY LAW FIRM

        /s/ Windle Turley
        Windle Turley
        State Bar No. 20304000

        Linda Turley
        State Bar No. 20303800

        T Nguyen
        State Bar No. 24051116
        6440 North Central Expressway
        1000 Turley Law Center
        Dallas, Texas 75206
        Telephone No. 214/691-4025
        Telecopier No. 214/361-5802

        ATTORNEY FOR PLAINTIFFS

PLAINTIFF HOLLY SACKS' REPLY IN SUPPORT OF HER FOURTH MOTION TO COMPEL ANSWERS TO REQUESTS FOR PRODUCTION FROM DEFENDANTS– Page 2

thn010308554.wpd

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above document has been served upon all counsel listed below on this 3rd day of January, 2008.

    Marcos G. Ronquillo
    Kirk Willis
    José Gonzalez
    Godwin Gruber, L.L.P.
    Renaissance Tower
    1201 Elm Street, Suite 1700
    Dallas, TX 75270-2084
    mronquillo@godwingruber.com
    kwillis@godwingruber.com
    jgonzalez@godwingruber.com

    Williams Cremer
    Cremer, Kopon, Shaughnessy
    180 North LaSalle, Suite 3300
    Chicago, IL 60601
    wcremer@ksslaw.com

    Winford L. Dunn
    State Bar No. 06255000
    Dunn, Nutter & Morgan, L.L.P.
    Suite Six, Stateline Plaza, Box 8030
    Texarkana, TX 71854
    wldunn@dunnlawfirm.com

                                     /s/ Windle Turley
                                      Windle Turley

PLAINTIFF HOLLY SACKS' REPLY IN SUPPORT OF HER FOURTH MOTION TO COMPEL ANSWERS TO REQUESTS FOR PRODUCTION FROM DEFENDANTS– Page 3

thn010308554.wpd