IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| HOLLY ANN SACKS, Individually and as Representative of the Estate of RICHARD TODD SACKS, MELVIN PHILLIP SACKS, and MARILYN PROCTOR, | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:04-CV-73 |
| V. | § § | |
| FOUR SEASONS HOTELS LIMITED AND FOUR SEASONS PUNTA MITA, S.A. de C.V., | § § § § | |
| Defendants. | § § | |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS AND TO SUPPRESS AND EXCLUDE THE ORAL SWORN STATEMENTS OF SERGIO FARIAS AND MARIANA ZARDAIN

Plaintiffs file their Response to Defendants' Motion for Discovery Sanctions and to Suppress and Exclude the Oral Sworn Statements of Sergio Farias and Mariana Zardain, and state as follows:

1. Plaintiffs have not taken the deposition of Sergio Farias or Mariana Zardain because Defendants have adamantly opposed the taking of these witnesses' depositions by agreement and the Court has ruled to quash Plaintiffs' deposition notice of Sergio Farias.

2. Plaintiffs simply obtained oral statements from Sergio Farias and Mariana Zardain and then produced them to their experts.

3. There is no Federal Rule to prohibit Plaintiffs from seeking statements

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS AND TO SUPPRESS AND EXCLUDE THE ORAL SWORN STATEMENTS OF SERGIO FARIAS AND MARIANA ZARDAIN – Page 1

thn122707550.wpd