IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| HOLLY ANN SACKS, Individually and as Representative of the Estate of RICHARD TODD SACKS, MELVIN PHILLIP SACKS, and MARILYN PROCTOR,<br><br>Plaintiffs,<br><br>V.<br><br>FOUR SEASONS HOTELS LIMITED AND FOUR SEASONS PUNTA MITA, S.A. de C.V.,<br><br>Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 5:04-CV-73 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR
PROTECTION AND MOTION FOR LEAVE TO EXTEND
THE DEADLINES IN THE FOURTH AMENDED
SCHEDULING ORDER**

Plaintiffs file their Response to Defendants' Motion for Protection and

Motion for Leave to Extend the Deadlines in the Fourth Amended Scheduling

Order, and state as follows:

1.   Pursuant to the Fourth Amended Scheduling Order, Defendants must show good cause for the Court to grant leave to modify scheduling deadlines.

2.   Defendants have no good cause to justify any extension of Defendants' deadlines to depose Plaintiffs' expert witnesses Fred Del Marva and Jon Fels or to designate Defendants' rebuttal expert witnesses to these experts.

thn123107552.wpd