

# TURLEY | LAW FIRM

**WINDLE TURLEY**
CERTIFIED-PERSONAL INJURY TRIALS

**LINDA TURLEY**
CERTIFIED-PERSONAL INJURY TRIALS

**THOMAS B. COWART**
CERTIFIED-CIVIL APELLATE LAW

**LORI A. WATSON**

**T NGUYEN**

**KATHLEEN M. KEARNEY**

**DAVID A. TIJERINA**

ESTABLISHED 1973

1000 Turley Law Center
6440 North Central Expressway
Dallas, Texas 75206

main 214-691-4025
toll-free 800-692-4025
fax 214-361-5802

turley@wturley.com
www.wturley.com

November 27, 2007

Mr. Marcos Ronquillo
Godwin Pappas Ronquillo LLP
1201 Elm Street, Suite 1700
Dallas, TX 75270

RE: Holly Ann Sacks, et al vs. Four Seasons
Civil Action No. 5:04cv73
US Dist. Ct., E. Dist. Of TX, Texarakana Div.

Dear Mr. Ronquillo:

Enclosed is a CD containing the file materials for Mr. Del Marva. We did not provide copies of documents which came from Four Seasons. However, there is a list of documents provided to Mr. Del Marva which gives some identification of what he was provided.

Thank you.

With kind regards,

Barbara Louisell
Legal Assistant

BLL/tbm
Enclosure
2007.11.27 Ltr toDef trnsmt DelMarvaCD.wpd



EXHIBIT K

DirPrinting - 11/27/2007 1:02:58 PM [G:/Temp/Sacks Temp/CD to Defendants - Del Marva/*.* (54 Rows/15.3 MB)]

| file name | last modified | size(KB) |
|---|---|---|
| Del Marva Photos | 11/26/2007 4:53:39 PM | Directory |
| Goh, Ivan | 11/26/2007 5:29:05 PM | Directory |
| 2007.05.21 - Ltr to Del Marva re forward material to review.pdf | 6/1/2007 9:06:11 AM | 2,475.53 |
| 2007.06.01 - Ltr to Del Marva enclosed depos and hotel agreements.pdf | 6/4/2007 2:19:34 PM | 46.56 |
| 2007.06.21 - Email frm Delmarva request docs.pdf | 6/22/2007 1:00:44 PM | 14.17 |
| 2007.06.21 - Fax from Del Marva w Marriott Standards.pdf | 6/21/2007 12:42:40 PM | 236.87 |
| 2007.06.21 - Invoice - $887.50.pdf | 6/29/2007 1:44:44 PM | 48.23 |
| 2007.06.21 - Ltr to Del Marva forward docs.pdf | 6/21/2007 10:38:39 AM | 29.33 |
| 2007.06.25 - Ltr to Del Marva additional docs Rhomberg depo exhibits.pd | 6/26/2007 8:12:04 AM | 37.61 |
| 2007.06.26 - BL email to Del Marva emergency procedure materials bein( | 6/26/2007 1:58:04 PM | 11.42 |
| 2007.06.27 - Email frm DelMarva re security manual.pdf | 6/27/2007 9:00:12 AM | 16.45 |
| 2007.06.27 - WT email to Del Marva; located the index to the Rooms Poli | 6/27/2007 10:21:16 AM | 30.35 |
| 2007.07.03 - Email trnsmt trnslated Emerg. Procedures.pdf | 7/3/2007 9:36:14 AM | 11.11 |
| 2007.07.03 - Invoice $1,625.pdf | 7/13/2007 1:41:52 PM | 82.07 |
| 2007.07.18 - WT email to DelMarva re no inspection yet.pdf | 7/18/2007 10:46:09 AM | 24.50 |
| 2007.08.31 - Transcribed Statement.pdf | 9/7/2007 10:42:59 AM | 4,423.39 |
| 2007.08.31 - Zardain Transcribed Statement.pdf | 9/7/2007 10:41:36 AM | 4,236.93 |
| 2007.09.04 - Ltr to Del Marva trnsmt re incident report.pdf | 9/4/2007 2:59:09 PM | 24.69 |
| 2007.09.12 - Email frm tracy to Del Marva re docs.pdf | 9/13/2007 3:22:31 PM | 26.38 |
| 2007.09.12 - Trnsmt Ltr frm Tracy to Del Marva re Chacon depo.pdf | 9/13/2007 4:03:02 PM | 24.07 |
| 2007.10.03 - Trnsmt ltr to Del Marva re Chacon depo & statements of Far | 10/9/2007 4:26:27 PM | 24.56 |
| 2007.10.04 - Ltr re report due.pdf | 10/4/2007 12:15:43 PM | 31.37 |
| 2007.10.06 - Email frm WT to Del Marva.pdf | 10/8/2007 8:24:20 AM | 24.66 |
| 2007.10.18 - Invoice $12,012.50.pdf | 10/18/2007 1:57:17 PM | 92.25 |
| 2007.10.19 - Email to DelMarva w Van info.pdf | 10/19/2007 2:14:28 PM | 26.31 |
| 2007.10.19 - Trnsmt ltr to Del Marva re Goh, Brown, & H Sacks depos.pd | 10/22/2007 11:54:33 AM | 22.85 |
| 2007.10.23 Depo. Summary of Lesley brown.pdf | 10/23/2007 2:09:03 PM | 19.06 |
| 2007.10.23 - Email to DelMarva w depo summaries.pdf | 10/23/2007 3:08:49 PM | 11.16 |
| 2007.10.29 - Trnsmt ltr to Del Marva re Craig Reid depo.pdf | 10/30/2007 9:10:59 AM | 21.83 |
| 2007.10.31 - Invoice $1937.50.pdf | 11/6/2007 3:12:21 PM | 71.93 |
| 2007.11.05 - Trnsmt ltr to Del Marva re add docs frm Four Seasons.pdf | 11/6/2007 11:06:52 AM | 26.35 |
| 2007.11.06 - Trnsmt ltr to Del Marva re Article review.pdf | 11/7/2007 4:25:49 PM | 30.94 |
| 2007.11.07 - Trnsmt ltr to Del Marva re Ricardo Acevedo depo draft.pdf | 11/9/2007 5:13:10 PM | 22.51 |
| 2007.11.07 - WT ltr re issues to address.pdf | 11/7/2007 1:38:14 PM | 113.63 |
| 2007.11.09 - Email w Acevedo depo summary.pdf | 11/9/2007 4:44:04 PM | 11.08 |
| 2007.11.13 - Trnsmt ltr to Del Marva re Richey reports obtained frm 4seas | 11/14/2007 4:02:01 PM | 21.02 |
| 2007.11.14 - Email to Del Marva re cruise ship and depo dates.pdf | 11/14/2007 11:15:52 AM | 11.26 |
| 2007.11.20 - Invoice $2,787.50.pdf | 11/20/2007 11:50:58 AM | 77.65 |
| 2007.11.26 - Documents sent to DelMarva.pdf | 11/26/2007 4:50:33 PM | 12.26 |
| Clerc, Christian Summary 2005.11.02.pdf | 4/5/2007 1:33:54 PM | 368.50 |
| CV - GENERAL.pdf | 11/14/2007 1:16:38 PM | 32.96 |
| Del Marva Report.pdf | 11/14/2007 1:20:47 PM | 40.02 |
| Depo. Summary of Craig Reed.pdf | 10/31/2007 11:58:15 AM | 20.78 |
| Depo. Summary of Holly Ann Sacks.pdf | 10/23/2007 2:09:35 PM | 33.27 |
| Depo. Summary of Nancy Chacon.pdf | 9/7/2007 9:39:23 AM | 24.82 |
| FEDERAL FEE AGREEMENT.pdf | 11/14/2007 1:17:29 PM | 10.51 |
| Ferraro, Charles Summary 2005.10.27 .pdf | 4/5/2007 1:33:09 PM | 244.64 |
| Handling Medical Emergencies in Hotels, How Well are they Prepared.pc | 9/12/2005 12:39:45 PM | 589.71 |
| Hotels Step Up Battle Against Cardiac Arrest 19990125 Sacks.pdf | 8/29/2005 3:49:53 PM | 102.21 |
| List of Testimony.pdf | 11/14/2007 1:17:06 PM | 18.82 |
| Out of Hospital Cardiac Arrest - Solution is Shocking 20040812 Sacks.pd | 8/29/2005 3:22:52 PM | 209.58 |
| Outcomes of Rapid Defibrillation by Security Officers after Cardian Arrest | 8/29/2005 3:29:15 PM | 379.10 |

Page: 1

DirPrinting - 11/27/2007 1:02:58 PM [G:/Temp/Sacks Temp/CD to Defendants - Del Marva/*.* (54 Rows/15.3 MB)]

| file name | last modified | size(KB) |
|---|---|---|
| Rhomberg, Martin Summary 2005.11.01 .pdf | 4/11/2006 12:45:27 PM | 1,083.25 |
| Translated Emergency Procedures.pdf | 7/3/2007 9:34:26 AM | 22.03 |