IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| HOLLY ANN SACKS, Individually and and as Representative of the Estate of RICHARD TODD SACKS, MELVIN PHILLIP SACKS, and MARILYN PROCTOR, | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5-04-073 JURY |
| VS. | § § | |
| FOUR SEASONS HOTELS LIMITED and FOUR SEASONS PUNTA MITA, S.A. de C.V., | § § § § | |
| Defendants. | § | |

**EMERGENCY- DEFENDANT FOUR SEASONS HOTEL LIMITED AND DEFENDANT FOUR SEASONS PUNTA MITA, S.A. DE C.V.'S MOTION FOR NEW SCHEDULING ORDER AND TRIAL DATE AND MOTION FOR SANCTIONS**

**EXHIBITS INDEX**

Index of Additional Attachments to Main Document:

    Exhibit N

                          Respectfully submitted,

                           CREMER, KOPON, SHAUGHNESSY & SPINA, L.L.C.

              By:    __/s/ William J. Cremer_____
                         WILLIAM J. CREMER (*of counsel*)
                         State Bar No. 6180833
                         180 N. LaSalle, Suite 3300
                         Chicago, Illinois 60601
                         (312) 980-3014 (Telephone)
                         (312) 726-3818 (Telecopier)
                         E-mail: wcremer@cksslaw.com

                         GODWIN PAPPAS RONQUILLO, LLP
                         MARCOS G. RONQUILLO (*attorney in charge*)
                         State Bar No. 17226000
                         JOSE L. GONZALEZ (*of counsel*)
                         State Bar No.  08129100
                         1201 Elm Street, Suite 1700

        Dallas, Texas 75270-2084
        (214) 939-4400 (Telephone)
        (214) 760-7332 (Telecopier)
        E-mail: mronquillo@godwinpappas.com
        E-mail: jgonzalez@godwinpappas.com

## CERTIFICATE OF SERVICE

      This is to certify that on January 17, 2008, this Index of Additional Exhibits To Defendant Four Seasons Hotel Limited And Defendant Four Seasons Punta Mita, S.A. De C.V.'S Motion For New Scheduling Order And Trial Date And Motion For Sanctions was served on the following counsel electronically via the Court's ECF system:

Windle Turley  
Law Offices of Windle Turley, P.C.  
6440 North Central Expressway  
1000 Turley Law Center  
Dallas, Texas 75206  

Winford L. Dunn  
Dunn, Nutter & Morgan, L.L.P.  
Suite Six, Stateline Plaza, Box 8030  
Texarkana, Texas 71854  

Marcos G. Ronquillo  
Godwin Pappas Ronquillo, LLP  
1202 Elm Street, Suite 1700  
Dallas, Texas 75270-2084  

                                                           /s/ William J. Cremer

*182722_1*