MELVIN SACKS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| 1. HOLLY ANN SACKS, Individually and as Representative of the Estate of RICHARD TODD SACKS, 2. MELVIN PHILLIP SACKS, and 3. MARILYN PROCTOR, | * <br> * <br> * <br> * <br> * <br> * <br> * |
| Plaintiffs, | * <br> * |
| VS. | * CIVIL ACTION NO.: <br> * 5-04-073 |
| FOUR SEASONS HOTELS LIMITED and 2. FOUR SEASONS PUNTA MITA, S.A. de C.V., | * JURY <br> * <br> * <br> * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL AND VIDEOTAPED DEPOSITION OF

MELVIN PHILLIP SACKS

OCTOBER 11TH, 2007

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

```
 1          ORAL AND VIDEOTAPED DEPOSITION OF MELVIN PHILLIP
 2      SACKS, produced as a witness at the instance of the
 3      DEFENDANTS, and duly sworn, was taken in the
 4      above-styled and numbered cause on the 11th of October,
 5      2007, from 10:00 a.m. to 11:43 a.m., before Tammy
 6      Staggs, CSR in and for the State of Texas, reported by
 7      machine shorthand, at the law offices of Windle Turley,
 8      P.C., 1000 Turley Law Center, 6440 N. Central
 9      Expressway, Dallas, Texas, pursuant to the Federal Rules
10      of Civil Procedure and the provisions stated on the
11      record or attached hereto.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 3

```
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
           Winford L. Dunn, Jr., Esq.
 3         DUNN, NUTTER & MORGAN, LLP
           State Line Plaza
 4         Box 8030
           Texarkana, Arizona   71854
 5         870.773.5651
           870.772.2037 - Fax
 6
              **and**
 7
           T. Nguyen, Esq.
 8         TURLEY LAW FIRM
           1000 Turley Law Center
 9         6440 North Central Expressway
           Dallas, Texas   75205
10         214.691.4025
           214.361.5802 - Fax
11
12
     FOR THE DEFENDANTS:
13         William J. Cremer, Esq.
           CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
14         180 North LaSalle
           Suite 300
15         Chicago, Illinois   60601
           312.980.3014
16         312.726.3818 - Fax
17           **and**
18         Marcos G. Ronquillo, Esq.
           GODWIN PAPPAS RONNQUILLO
19         Renaissance Tower
           1201 Elm Street
20         Suite 1700
           Dallas, Texas   75270
21         214.939.4400
           214.760.7332 - Fax
22
23
     ALSO PRESENT:
24         Chris Birge - HG Litigation - Videographer
25
```

Electronically signed by Tammy Staggs (401-029-128-2421)          b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 4

1                              INDEX

                                                PAGE
2    Appearances.................................    2

3    Stipulations................................    --

4    MELVIN PHILLIP SACKS:

5         EXAMINATION BY MR. CREMER...............    5

6

7    Signature and Changes.......................   85

8

9    Reporter's Certificate......................   87

10

11
                              EXHIBITS
12                            (None)

13

14            REQUESTED DOCUMENTS/INFORMATION
                            (None)
15

16
                      CERTIFIED QUESTIONS
17                          (None)

18

19

20

21

22

23

24

25

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

```
 1                    P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  This is the video
 3   deposition of Melvin Sacks.  The deposition is being
 4   taken on October 11th, 2007.  The deposition is being
 5   taken at 6440 North Central Expressway, Dallas, Texas.
 6   We're on the record at 10 o'clock a.m.
 7                    Will the court reporter please swear in
 8   the witness.
 9                    MELVIN PHILLIP SACKS,
10   having been first duly sworn, testified as follows:
11                    EXAMINATION
12   BY MR. CREMER:
13        Q.   Will you state your full name.
14        A.   Melvin Phillip Sacks.
15        Q.   Mr. Sacks, have you ever been in a deposition
16   before?
17        A.   Never.
18        Q.   I would ask that you allow me to finish my
19   question before you begin your answer.
20        A.   Okay.
21        Q.   It's not very easy for the court reporter to
22   take both of us speaking at the same time.  Make sure
23   you understand my questions.  If you don't, please stop
24   me and ask me to rephrase it or repeat it and I'll be
25   happy to do that for you.  If you answer a question, I
```

Electronically signed by Tammy Staggs (401-029-128-2421)          b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

1      A.   It said heart attack, so...

2      Q.   You just took that at face value?

3      A.   I did, yeah.

4      Q.   Did you think that possibly the Cooper Clinic

5   missed something?

6      A.   No.

7      Q.   Did you know about your son's drug use before

8   his death?

9                 MR. DUNN:  Objection.  Form.

10     A.   Somewhat.

11                MR. DUNN:  Excuse me -- object to the

12   form.

13     Q.   (BY MR. CREMER)  I shouldn't say your son.  I

14   should be more specific.  Did you know about Richard's

15   drug use before his death?

16                MR. DUNN:  Objection.  Form.

17                You can answer if you can.  Go ahead and

18   answer the question.

19     A.   Yes.

20     Q.   (BY MR. CREMER)  And what drug -- what drugs

21   did you understand him to use?

22     A.   Marijuana.

23     Q.   Do you know what his frequency of use was,

24   let's say, in the three years prior to his death?

25     A.   No.

Electronically signed by Tammy Staggs (401-029-128-2421)            b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

```
 1      Q.   Do you know whether he would be a habitual
 2   user or a daily user of marijuana?
 3      A.   No.
 4      Q.   If Holly testified that he was using marijuana
 5   once or twice per day, would you have any -- would
 6   you -- would you disagree with that evidence?
 7      A.   I wouldn't disagree and I wouldn't agree.
 8      Q.   You don't know?
 9      A.   I don't know, no.
10      Q.   Did you ever see Richard using marijuana?
11      A.   Not in front of me.
12      Q.   Did you ever discuss with Richard his
13   marijuana use?
14      A.   No.
15      Q.   Did you ever advise him not to smoke
16   marijuana?
17      A.   No.
18      Q.   Was he a cigarette smoker?
19      A.   No.
20      Q.   Ever smoke cigarettes in his life?
21      A.   No.
22      Q.   Was he a cigar smoker?
23      A.   No.
24      Q.   Never saw him smoke a cigar in his life?
25      A.   No.
```

HG Litigation Services
1-888-656-DEPO

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 38

1    Q.   Did he -- do you ever knew -- know him to use

2  the drug Ectasy?

3    A.   No.

4    Q.   If Holly testified under oath that he used

5  Ectasy, would you disagree with that?

6    A.   Neither.

7    Q.   Do you know that he was using drug -- that he

8  bought drugs while in Mexico?  Did you ever hear about

9  that?

10   A.   Yes.

11   Q.   And how did you learn about that?

12   A.   Through Holly too.

13   Q.   And do you -- did she tell you that they asked

14  a cab driver who drove them to some house where these

15  drugs were given to them?

16   A.   She wasn't that explicit.

17   Q.   Did you ask anything about the drugs?

18   A.   I asked what it was.

19   Q.   And were you concerned that -- strike that.

20              When did you specifically learn in time

21  that your son had bought drugs while he was in Mexico?

22   A.   Within a week or two after his passing.

23   Q.   And didn't a question come into your mind

24  about whether or not something in those drugs might have

25  caused his death?

Electronically signed by Tammy Staggs (401-029-128-2421)          b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

1        A.    Not at that time.

2        Q.    Did it ever cross your mind that maybe the

3    drugs -- something laced in those drugs may have been

4    responsible for his death?

5                    MR. DUNN:  Objection.  Form.

6                    You can answer if you can.

7        A.    The question again, please.

8        Q.    (BY MR. CREMER)  Did it ever cross your mind

9    at any time that the drugs that he bought and used in

10   Mexico may have been laced with something that caused

11   his death?

12                   MR. DUNN:  Again, object to form.

13                   You can answer if you can.

14       A.    I don't know what they put in them, so I

15   wouldn't know.

16       Q.    (BY MR. CREMER)  I'm just asking whether it

17   occurred to you that that might have been the case, that

18   might have been a cause of his death.

19       A.    I might have thought about it.

20       Q.    And did you ever ask if there was any kind of

21   toxicology study done on his body?

22       A.    No, I never asked that.

23       Q.    I mean, would there be anything, to your

24   knowledge, that would violate religious law if they just

25   drew blood and tested for illicit drugs in his system?

MELVIN SACKS

Page 40

1                    MR. DUNN:  Objection.  Form.

2                    Go ahead.

3        A.    I wouldn't be against that or it wouldn't

4   be -- no, but they --

5        Q.    (BY MR. CREMER)  Did you -- I'm sorry.  Go

6   ahead and finish your answer.  I'm sorry.

7        A.    But he passed away Sunday at 5:00.  He was

8   back here Tuesday morning.  He was rushed out of Mexico

9   like the world was coming to an end.  I have had friends

10  that their mother and fathers passed away.  It took

11  eight to ten days to get them out of there.  We didn't

12  expect him for a week.  When we were told he would be

13  home Tuesday morning -- he was on a separate plane

14  coming in -- I was shocked.  I said, how did he get out?

15       Q.    Did you ever discuss with your wife -- your

16  ex-wife or any family members about having a toxicology

17  study done to see what type of drugs were in his system

18  at the time of his death?

19       A.    No.

20       Q.    You weren't curious about that either?

21                    MR. DUNN:  Objection.  Form.

22                    You may answer.

23       A.    I never, you know, thought of a toxicology

24  test.

25       Q.    (BY MR. CREMER)  Did you ever discuss with

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 59

1    Dr. Lorenzo Triana?

2         A.   Yes.

3         Q.   And what -- is that a medical doctor,

4    psychiatrist?

5         A.   Psychiatrist.

6         Q.   So you're see- -- you're counseling with

7    Dr. Ravella and then you're seeing -- your drugs are

8    being managed by Dr. Triana?

9         A.   Yes.

10        Q.   In the record -- we've looked at these

11   records, and I have some questions about things that you

12   apparently discussed with -- first of all, we talked

13   about Dr. Triana.  You saw him on August 28th of 2003.

14   And it talks about the family psychiatric history, and

15   it indicates positive drug use, both sons.  What did you

16   tell Dr. Triana about the drug use of Richard and

17   Jeffrey?

18        A.   That I might have suspected they were using

19   drugs and I didn't know whether it was just socially or

20   more.

21        Q.   What did you base your suspicion on?

22        A.   I think Holly might have said something to me,

23   you know, on that and...

24        Q.   Did she talk about what type of drugs they

25   were using?

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 60

```
 1        A.    No, she never told me.

 2        Q.    Did you ever know your son to use cocaine?

 3   Richard?

 4        A.    No.

 5        Q.    How about Jeffrey?

 6        A.    No.

 7        Q.    So you don't have any specific knowledge of

 8   what type of drugs they were using.  You just understood

 9   from Holly that they were using drugs?

10        A.    Yeah.

11        Q.    Did she ever say that she was concerned about

12   it to you?

13        A.    She just said she doesn't like the smell of it

14   or something, you know.  And not that she was really

15   concerned, but, you know, she didn't know.

16        Q.    Were you also seeing a Dr. Godley?

17        A.    Yes.

18        Q.    Does he work with Ravella?

19        A.    He did for a month or two and then moved to

20   Savannah, Georgia.

21        Q.    You talked to -- you mentioned to Dr. Triana

22   on August of '04 that your stress is high due to your

23   son's worsening mental health and subsequent worsening

24   business.  What were you talking about at that time?

25        A.    Well, I just told you on the management.
```

Electronically signed by Tammy Staggs (401-029-128-2421)                                   b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 63

1   going to have a heart attack?  Were you -- how did the

2   panic attack manifest itself?

3          A.    The tightness in my stomach.  I feel like

4   throwing up.  I know the difference between a panic

5   attack and a heart attack.

6          Q.    The last note here of Dr. Triana is July 26th

7   of '07.  Have you seen him since then?

8          A.    No.  I'm due to see him.

9          Q.    Okay.  And at that time he was reporting that

10  you were doing better and that your mood was generally

11  stable.

12         A.    Right.

13         Q.    Would you agree with that?

14         A.    Somewhat, yeah.

15         Q.    Going now to Dr. Neil Ravella's records, I

16  would like to ask you some questions about things you

17  may have talked to him about.  It indicates that you had

18  an argument two months before Richard's death and that

19  you made up but not completely.  Do you remember talking

20  to the doctor about that?

21         A.    I mentioned it, yes.

22         Q.    And it says here something about a question of

23  being at someone else's wedding?

24         A.    We were at a wedding the weekend before he

25  went away, and we were sitting at the same table.  And

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 64

1    everything seemed great at that time.  He left a little

2    early.  And usually I got a hug and a kiss, so I

3    probably felt bad about not getting that after he passed

4    away.

5         Q.   And you also told him when you first saw

6    him -- this is an entry dated July the 8th, 2003 -- that

7    you were having arguments with Jeffrey about embezzling

8    money from Richard and Jeffrey's business, that he had

9    been spending money on private goods.  Do you remember

10   telling your doctor about that?

11        A.   Yes.

12        Q.   Well, tell me about the argument you had with

13   Jeffrey about embezzling money from the business.

14        A.   It wasn't embezzlement.  I said you can't

15   write something off from the business that you're buying

16   personally and charge it to the business.  I said

17   because Richard's not doing it, so you have to run it

18   right.

19        Q.   Was he doing that?  Was he charging personal

20   things?

21        A.   He did one or two things -- items and that was

22   it.

23        Q.   What were the items you were aware of that he

24   charged the business that were for personal use?

25        A.   I don't know.  He might have been taking

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 65

1   friends out for lunch instead of -- or dinner instead of

2   buyers or something like that, but I don't really

3   remember.

4        Q.   Was Richard aware of the fact that Jeffrey was

5   making inappropriate purchases with the company

6   finances?

7        A.   Yeah, the bookkeeper would tell him because I

8   think it was the bookkeeper that told me.  So I had the

9   argument because I -- you know, she would -- she would

10  do the disbursements in the computer.

11       Q.   When was this -- when was -- when did this

12  argument take place where you confronted Jeffrey about

13  inappropriate spending of business assets?

14       A.   I really don't remember.

15       Q.   It was -- was it within calendar year 2003?

16       A.   Yeah, possibly -- maybe then, a little later.

17       Q.   Was Richard -- did Richard ever confront

18  Jeffrey about these issues?

19       A.   That I don't know.

20       Q.   You never were present?

21       A.   They never got mad at each other.  And if they

22  had an argument, they were still together.  They

23  wouldn't tell me because they didn't want to aggravate

24  me.

25       Q.   There's a -- the next visit on August 11th

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 66

1    indicating that Holly was interviewed by your lawyers

2    and that she is admitting to more than what she's

3    previously noted.

4         A.    Not my lawyers.

5         Q.    When you --

6         A.    At that time they were Jeffrey's lawyers.

7         Q.    Okay.  Jeffrey hired lawyers?

8         A.    Yeah.

9         Q.    To look into this incident?

10        A.    Well, his corporate lawyers were talking to

11   him about it.

12        Q.    When you were talking about Holly admitting to

13   more than she's previously noted, what were you

14   referring to?

15        A.    I don't -- I don't remember in what context I

16   would have said that.

17        Q.    On September 12th of '03, there's a notation

18   in Dr. Ravella's records that you were blaming Holly too

19   much when trying to make sense of Richard's death.

20        A.    Well, I didn't know who to blame.  I mean, I

21   was blaming --

22              MR. DUNN:  Object.  Be responsive to his

23   ans- -- to his question.

24              THE WITNESS:  Okay.  Uh...

25              MR. DUNN:  Wait until he -- wait until he

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 67

```
 1    asks you a question.

 2         A.   Okay.  Can you re- --

 3         Q.   (BY MR. CREMER)  Yes.  When you mentioned to

 4    Dr. Ravella that you were blaming Holly too much when

 5    trying to make sense of Richard's death, what were --

 6    what were -- what did you mean?

 7                   MR. DUNN:  Object to form as to whether

 8    or not he said it in the first place.

 9         Q.   (BY MR. CREMER)  At that time.

10         A.   That maybe she wasn't in the room fast enough,

11    she should have been there, why didn't the hotel call

12    her.

13         Q.   You said on October 14th that you were

14    concerned about Jeffrey's pot smoking.  Do you remember

15    talking to Dr. Ravella about that?

16         A.   Yes.

17         Q.   Why were you concerned about it?

18         A.   His wife had mentioned something to me and it

19    was since Richard had passed away.

20         Q.   What -- was your concern that it would affect

21    his health?

22         A.   I was concerned that it would affect his

23    health and that wasn't a proper escape for him, that he

24    should see a psychiatrist.

25         Q.   And did you ever talk to Jeffrey about his pot
```

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 68

1    smoking?

2         A.    He went to see Dr. Triana, his partner Masimo.

3         Q.    Is he still seeing him today, to your

4    knowledge?

5         A.    Yes.

6         Q.    Did Jeff have any conflict with Holly after

7    the death?

8         A.    No.

9         Q.    There's a notation on March 15th, 2004 in

10   Dr. Ravella's notes which indicates:  Jeff's conflict

11   with daughter-in-law, search for data and answers,

12   search for emotional resolution.

13                   Do you know what --

14        A.    No.

15        Q.    -- he was talking about there?

16        A.    No.

17        Q.    You never told him that Jeff had a conflict

18   with Holly?

19        A.    I don't remember.  I -- I wouldn't -- I was

20   living with Holly.  I wouldn't carry bad stories.

21        Q.    On March 31st of '04, you were telling

22   Dr. Ravella that Jeff accused Holly of not taking care

23   of Richard.  Do you remember that incident?

24        A.    I don't remember it, no.

25        Q.    You don't remember telling the doctor that

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

Page 69

1   either?

2        A.   Not really, no.

3        Q.   And you don't remember Jeff telling you that

4   he accused Holly of not taking care of Richard?

5        A.   Jeff never told me that.

6        Q.   Do you know anything about an old girlfriend

7   of Richard's coming forward and said that her

8   ten-year-old daughter might be Richard's child?

9             MS. NGUYEN:  Objection.  Form.

10            MR. DUNN:  Objection to that.  Answer it

11   if you can, but we've got an objection to it.

12       A.   I heard something about it.

13       Q.   (BY MR. CREMER)  Well, tell me about who told

14   you that information that Richard might have a child

15   with another woman.

16       A.   Jeffrey did.

17       Q.   Did you follow up on that at all?

18       A.   Yes.

19       Q.   And how did you follow up on that?

20       A.   It was somebody he was dating before Holly way

21   back and we took DNA tests --

22       Q.   Did the --

23       A.   -- in Lewisville.

24       Q.   And how did you -- where did you get the DNA

25   sample from?

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

1      A.   We took it out of my arm.  She went with her

2  daughter and she took a test and Marilyn took a test up

3  in Boston.

4      Q.   Was this -- was this woman claiming paternity

5  against Richard?

6      A.   No.

7      Q.   But you wanted to know whether or not that was

8  your --

9      A.   His daughter.

10      Q.   -- your grandchildren?

11      A.   Yeah, grandchild.

12      Q.   And what was the determination?

13      A.   No.

14      Q.   The DNA test showed she was not?

15      A.   Absolutely posit- -- all not -- positively

16  not.

17      Q.   Okay.  An entry on April 7th, 2004,

18  Dr. Ravella's notes indicate there was conflict within

19  the family.  Jeff blames Holly.  Do you know what that

20  was about?  What you were telling Dr. Ravella -- what

21  were you telling him that Jeff blames Holly for?

22      A.   I really don't remember.

23      Q.   You said Lauren blames Jeff.  Do you know what

24  Lauren blames Jeff for?

25      A.   No, no, I don't remember.

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

1    Q.    By the way, while I'm thinking of it, do you

2    know anything about Richard's drinking habits before his

3    death, weekly drinking habits?

4    A.    Moderately, very moderate.

5    Q.    If he reported to the doctors at the Cooper

6    Clinic about his drinking habits and he said he had 20

7    drinks a week, does that sound about right to you?

8    A.    No.  He'd only have drinks if he entertained.

9    I don't know.  He could have, but I was never with him

10   when they went out to entertain.

11   Q.    You never saw him -- you never considered him

12   to have a drinking problem?

13   A.    No.

14   Q.    Do you know whether there was any

15   recommendations made by the Cooper Clinic that he reduce

16   his frequency of drinking?

17   A.    No.

18   Q.    You didn't notice anything different about his

19   drinking habits after he went to the Cooper Clinic, did

20   you?

21   A.    I never noticed before, no.

22   Q.    November the 3rd of 2004, you indicated to

23   Dr. Ravella that you had a blow out with Holly.  Do you

24   remember that fight?

25   A.    It might have been a fight in the house or

Electronically signed by Tammy Staggs (401-029-128-2421)          b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

1    something, but I don't remember that.

2        Q.    You said that -- it says in this note that:

3    Angry.  She told Jeff about auto claims.

4                Do you know what that was about?

5        A.    No.

6        Q.    He became angry and told her all he knew of

7    her activities, that he felt she was only concerned

8    about money.  Do you remember this fight between Jeff

9    and Holly?

10       A.    No.

11       Q.    Suspected she murdered his son.  Did you ever

12   say that to Ravella?

13       A.    No.

14       Q.    You never told Dr. Ravella that you suspected

15   that Holly murdered Richard?

16       A.    I don't remember ever saying that.

17       Q.    Did you ever think it?

18       A.    No.

19       Q.    The note on November 12th of '04 indicates

20   trying to get body exhumed.  Did you say that to

21   Dr. Ravella?

22       A.    I said that to his mother.

23       Q.    What did she do to try to get the body

24   exhumed?

25       A.    Just talked about it.

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e

MELVIN SACKS

1     Q.    And Holly refused?

2     A.    I don't know what she said to her.  I don't

3   know whether she said yes or no or anything.

4     Q.    On March 9th of 2005, the note indicates that

5   you went to your son's grave and you indicated that --

6   to the doctor, we weren't the ones that killed Richard.

7   Nobody killed Richard.  He killed himself.

8               Do you remember telling the doctor that?

9     A.    No.

10    Q.    You don't know what you meant --

11    A.    No.

12    Q.    -- when you were telling Dr. Ravella that

13  nobody killed Richard, he killed himself?

14    A.    No, I don't remember that.

15    Q.    And a note August 3rd, 2005 it says:  Jeff

16  given credit cards a few years ago.  Richard advised

17  against it.

18              Do you know what that was about?

19    A.    Yes.

20    Q.    Tell me about it.

21    A.    I let him use one of my credit cards.

22    Q.    Did he run it up?

23    A.    He ran it up, but then he paid it off.

24    Q.    Then you -- it indicates you found a return

25  check for $3,500.  Jeff was buying wife 2004 Mercedes.

Electronically signed by Tammy Staggs (401-029-128-2421)                    b32e6787-f075-4051-8527-a1286e8a681e