IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| HOLLY ANN SACKS, Individually and and as Representative of the Estate of RICHARD TODD SACKS, MELVIN PHILLIP SACKS, and MARILYN PROCTOR, | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5-04-073 JURY |
| VS. | § § | |
| FOUR SEASONS HOTELS LIMITED and FOUR SEASONS PUNTA MITA, S.A. de C.V., | § § § § | |
| Defendants. | § | |

**NOTICE OF CORRECTIONS TO DOCKET # 208 EMERGENCY- DEFENDANT FOUR SEASONS HOTEL LIMITED AND DEFENDANT FOUR SEASONS PUNTA MITA, S.A. DE C.V.'S MOTION FOR NEW SCHEDULING ORDER AND TRIAL DATE AND MOTION FOR SANCTIONS**

**INDEX OF CORRECTIONS AND EXHIBITS**

Index of Corrections and Exhibits to Main Document:

- Paragraph 39 should cite Exhibit M for Holly Ann Sacks' deposition, Exhibit N for Melvin Sacks' deposition, and Exhibit O for Marilyn Proctor's deposition.

- Paragraph 46 should cite Exhibits M & O.

- Exhibit J should be Plaintiffs' privilege log, a copy of which is attached hereto.

- Paragraph 41 cites to Dr. Ravella's notes, a copy of which is attached hereto as Exhibit U – this Exhibit was inadvertently left out of the original motion.

Respectfully submitted,

CREMER, KOPON, SHAUGHNESSY & SPINA, L.L.C.

By:   __/s/ William J. Cremer_____
WILLIAM J. CREMER (*of counsel*)
State Bar No. 6180833

1

        180 N. LaSalle, Suite 3300
        Chicago, Illinois 60601
        (312) 980-3014 (Telephone)
        (312) 726-3818 (Telecopier)
        E-mail: wcremer@cksslaw.com

        GODWIN PAPPAS RONQUILLO, LLP
        MARCOS G. RONQUILLO (*attorney in charge*)
        State Bar No. 17226000
        JOSE L. GONZALEZ (*of counsel*)
        State Bar No.  08129100
        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2084
        (214) 939-4400 (Telephone)
        (214) 760-7332 (Telecopier)
        E-mail: mronquillo@godwinpappas.com
        E-mail: jgonzalez@godwinpappas.com

## CERTIFICATE OF SERVICE

      This is to certify that on January 29, 2008, this Index of Corrections and Exhibits To DEFENDANT FOUR SEASONS HOTEL LIMITED AND DEFENDANT FOUR SEASONS PUNTA MITA, S.A. De C.V.'S Notice of Corrections to Docket # 208 Emergency- Motion For New Scheduling Order And Trial Date And Motion For Sanctions was served on the following counsel electronically via the Court's ECF system:

Windle Turley
Law Offices of Windle Turley, P.C.
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206

Winford L. Dunn
Dunn, Nutter & Morgan, L.L.P.
Suite Six, Stateline Plaza, Box 8030
Texarkana, Texas 71854

Marcos G. Ronquillo
Godwin Pappas Ronquillo, LLP
1202 Elm Street, Suite 1700
Dallas, Texas 75270-2084

                                            _____/s/ William J. Cremer_____

*183626_1*